IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OCTAVIA MITCHELL as Personal Representative of the Estate of IZAEL C. JACKSON, and OCTAVIA MITCHELL, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> P.O. JESSE W. BELCHER, Star No. 11304, SERGEANT JAMES D. CASCONE, Star No. 1488, P.O. FRANCISCO GONZALEZ, Star No. 16782, P.O. NELSON LOPEZ, Star No. 3544, and the CITY OF CHICAGO, <br><br> Defendants. | No. 11 C 02741 <br><br> HONORABLE JUDGE SHARON JOHNSON-COLEMAN <br><br> Magistrate Judge Mason <br><br> Jury Demand |

**DEFENDANTS' MOTION TO COMPEL**

Defendants Jesse Belcher, James Cascone, Francisco Gonzalez, Nelzon Lopez, and the City of Chicago, by one of their attorneys, Caroline Fronczak, Assistant Corporation Counsel, move to compel Plaintiff pursuant to FRCP 37 (3)(A) to make her initial disclosures required by FRCP 26(a) by a date certain; and state as follows:

1. On April 25, 2011, Plaintiff filed the instant lawsuit against the City of Chicago and unknown Chicago police officers pursuant to 42 U.S.C. §1983. See Docket Entry (D.E.) #1. In her complaint, plaintiff, individually and as personal representative of the estate of Izael C. Jackson alleged that the shooting death of her son, Izael Jackson, was in violation of the Fourth Amendment. Plaintiff has also filed supplemental state law claims.

2. On June 24, 2011, counsel for defendants issued counsel to Plaintiff 353 pages of documents to assist Plaintiff in identifying the defendants for her amended complaint. On

1

December 16, 2011, Plaintiff filed her amended complaint and named Defendants officers Jesse Belcher, James Cascone, Francisco Gonzalez and Nelzon Lopez. See D.E. # 17.

3. On February 3, 2012, Plaintiff filed the Report of the Parties 26(f) planning meeting, wherein the parties agreed that Rule 26(a)(1) disclosures would be made on or before March 5, 2012. The Parties also suggested nine months in which to complete fact discovery. The request for nine months of fact discovery was denied by the Court, however, this Court did order Rule 26(a)(1) disclosures to be due on March 5, 2012. See D.E. # 22.

4. On March 13, 2012, the undersigned sent Plaintiff's counsel, Diedre Baumann a letter reminding her that Plaintiff's Rule 26(a)(1) disclosures were overdue, and giving her until March 16, 2012 to comply. See letter dated March 13, 2012 from Fronczak to Baumann attached hereto as Exhibit A. The undersigned has never received a response to the letter.

6. On March 22, 2012, the undersigned did not received a response to the March 13, 2012 letter. On March 22, 2012 another letter was sent to counsel for Plaintiff reminding her the Plaintiff's Rule 26(a)(1) disclosures were overdue. See letter dated March 22, 2012 from Fronczak to baumann attached hereto as Exhibit B. The undersigned has never received a response to this letter.

7. Defendants understand that this Court would like discovery to proceed as expeditiously as possible. This case involves the shooting death of a young man and requires a great deal of discovery including many depositions. Defendants will be prejudiced by Plaintiff's failure to timely issue FRCP 26(a)(1) disclosures so that defendants can subpoena any relevant records and individuals for deposition.

8. Defendants have made every attempt to resolve this issue without intervention of the

Court, but have not received any response from Plaintiff.

WHEREFORE, Defendants Jesse Belcher, James Cascone, Francisco Gonzalez, Nelzon Lopez, and the City of Chicago, respectfully request that this Honorable Court compel Plaintiff to issue FRCP 26(a)(1) disclosures by a date certain, or for any other relief that this Court deems necessary and proper.

        Respectfully Submitted

By:   /s/ Caroline Fronczak
      Caroline Fronczak
      Assistant Corporation Counsel

30 N. LaSalle, Suite 900
Chicago, Il 60602
Tel: 312-744-5126
Atty No. 06284817