# Exhibit A



**City of Chicago**
**Rahm Emanuel, Mayor**

**Department of Law**

Stephen R. Patton
Corporation Counsel

**Caroline Fronczak**
**Assistant Corporation Counsel**
**Federal Civil Rights Litigation**
 **Division**
**30 North LaSalle Street**
**Suite 900**
**Chicago, Illinois 60602-2580**
**(312) 744-5126**
**(312) 744-6566 (FAX)**
**(312) 744-9104 (TTY)**

http://www.cityofchicago.org

<u>Via US Mail and Email</u>

March 13, 2012

Deidre Baumann
Baumann & Shuldiner
20 S. Clark Street
Suite 500
Chicago, Il 60603

Re:   *Octavia Mitchell v. Unknown Chicago Police Officers et. a. 11 CV 2741*

Dear Ms. Baumann:

I write to confirm your voicemail message of today, March 13, 2012. Defendants will expect Plaintiff's responses to Defendants discovery and Plaintiff's Rule 26(a)(1) disclosures to be delivered to us by March 16, 2012.

Kind Regards,

Caroline Fronczak
Assistant Corporation Counsel



cc:   Kathryn Doi (via email attachment)

# Exhibit B



**City of Chicago**
Rahm Emanuel, Mayor

**Department of Law**

Stephen R. Patton
Corporation Counsel

**Caroline Fronczak**
Assistant Corporation Counsel
Federal Civil Rights Litigation
 Division
30 North LaSalle Street
Suite 900
Chicago, Illinois 60602-2580
(312) 744-5126
(312) 744-6566 (FAX)
(312) 744-9104 (TTY)

http://www.cityofchicago.org

<u>**Via US Mail and E-Mail**</u>

March 22, 2012

Deidre Baumann
Baumann & Shuldiner
20 S. Clark Street
Suite 500
Chicago, Il 60603

Re: *Octavia Mitchell v. Unknown Chicago Police Officers et. a. 11 CV 2741*

Dear Ms. Baumann:

We have received your email with Plaintiffs' responses to defendants discovery, but we still have not received Plaintiff's Rule 26(a)(1) disclosures. Please send those as soon as possible. Plaintiff is already well past the March 5, 2012 deadline set by the Court to submit these disclosures.

Kind Regards,

Caroline Fronczak
Assistant Corporation Counsel


cc: Kathryn Doi (via email attachment)