IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| OCTAVIA MITCHELL, | ) | |
| | ) | |
| Plaintiff, | ) | 11 C 2741 |
| | ) | |
| vs. | ) | Judge Coleman |
| | ) | |
| CITY OF CHICAGO, *et al*, | ) | Magistrate Judge Mason |
| | ) | |
| Defendants. | ) | |

**<u>DEFENDANTS' MOTION TO QUASH DISCOVERY SUBPOENA</u>**

Defendants, the City of Chicago, Nelson Lopez, Jesse Belcher, James Cascone and Francisco Gonzalez, by one of their attorneys, Kathryn Doi, Senior Counsel, respectfully request this Honorable Court quash Plaintiff's deposition subpoena for "persons with knowledge of DNA policies and procedures" from the Illinois State Police Division of Forensic Services, as all discovery in this matter is closed. In support of this motion, Defendants state as follows:

1. Plaintiff alleges various federal and state claims against the City of Chicago and Defendant arising from the fatal shooting of Plaintiff's son, Izael Jackson, on April 24, 2010.

2. Fact discovery in this matter was closed as of March 22, 2013. Discovery was briefly extended to March 29, 2013 to allow for the depositions of forensic investigators DeCook and Miller, but the court admonished the parties in open court that other than these two depositions, all fact discovery was closed.

3. Plaintiff was to have disclosed any expert witnesses by April 12, 2013, but did not do so. At the last status in this case on May 20, 2013, Plaintiff informed the court that she would not be naming any experts. The court again reiterated that all discovery was closed.

4. On August 9, 2013, counsel for Defendants received via U.S. Mail a copy of a

deposition subpoena served upon the Illinois State Police Division of Forensic Services ("ISP"), requesting that on August 28, 2013 at 1:00 p.m., ISP "produce [a] person with knowledge regarding the policies and practices of DNA testing and determination as to when and if testing is conducted on DNA samples collected by Chicago Police Officers" and also "produce the person with knowledge specifically regarding the policies and practices of DNA testing and decision as to when and if testing was conducted on [various inventoried DNA samples listed]." (See Plaintiff's Subpoena to ISP dated August 5, 2013, attached hereto as <u>Exhibit A</u>).

5. In compliance with Local Rule 37.2, counsel for Defendants contacted Plaintiff's counsel on August 12, 2013 to request that Plaintiff withdraw the subpoena as it was untimely. The parties could not reach an accord on this issue.

6. Defendants seek to quash the attached subpoena, as this Court has made it abundantly clear that all discovery is closed. Plaintiff has not and cannot provide the Court with any reason why this subpoena was not issued or the information it seeks not pursued during the discovery period.

**WHEREFORE**, Defendants respectfully request that this Honorable Court quash Plaintiff's untimely deposition subpoena, and grant any other relief this Court deems proper.

           Respectfully Submitted,

           **/s/ Kathryn M. Doi**
           KATHRYN M. DOI
           Senior Counsel

30 N. LaSalle, Suite 900
Chicago, IL 60602
(312) 744-0742
Atty No. 6274825