ILND 450 (Rev. 10/13) Judgment in a Civil Action

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Octavia Mitchell<br>Individually and as Personal Representative<br>estate of Izael C Jackson,<br><br>Plaintiff(s),<br><br>v.<br><br>Francisco Gonzalez, P.O., Star No. 16782, and<br>Jesse W Belcher, P.O. Star No. 11304,<br><br>Defendant(s). | Case No. 11 C 2741<br>Judge Sharon Johnson Coleman |

### JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

  which ☐ includes       pre–judgment interest.
        ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☒ in favor of defendant(s) Francisco Gonzalez, P.O., Star No. 16782, and Jesse W Belcher, P.O. Star No. 11304
and against plaintiff(s) Octavia Mitchell, Individually and as Personal Representative estate of Izael C Jackson
.

Defendant(s) shall recover costs from plaintiff(s).

---

☐ other:

---

This action was *(check one)*:

☒ tried by a jury with Judge Sharon Johnson Coleman presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☐ decided by Judge     on a motion

ILND 450 (Rev. 10/13)  Judgment in a Civil Action

Date:  3/7/2014                               Thomas G. Bruton, Clerk of Court

                                              /s/ Robbie T. Hunt, Deputy Clerk

ILND 450 (Rev. 10/13)  Judgment in a Civil Action

Date:  3/7/2014                               Thomas G. Bruton, Clerk of Court

                                              /s/ Robbie T. Hunt, Deputy Clerk