# UNITED STATES DISTRICT COURT

for the

_____ District of _____

<table>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>v.</td><td>)</td><td>Case No.:</td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
</table>

## Bill of Costs

Judgment having been entered in the above entitled action _____ against _____ ,
Date

the Clerk is requested to tax the following as costs:

Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  $_____

Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  _____

Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case   _____

Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  _____

Fees for witnesses (itemize on page two) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  _____$0.00

Fees for exemplification and copies of papers necessarily obtained for use in the case . . . . . . . . . . . . .  _____

Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  _____

Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  _____

Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  _____

Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . .  _____

Other costs (please itemize) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  _____

TOTAL    $_____$0.00

SPECIAL NOTE:  Attach to your bill an itemization and documentation for requested costs in all categories.

## Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

❑    Electronic service by e-mail as set forth below and/or.

❑    Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney: _____

Name of Attorney: _____

For: _____    Date: _____
Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

_____    _____    _____
Clerk of Court    Deputy Clerk    Date

# UNITED STATES DISTRICT COURT

| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| **NAME , CITY AND STATE OF RESIDENCE** | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |

**Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)**

| NAME , CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | **TOTAL** | | | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
     "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
     "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
     Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 1 day's notice. On motion served within the next 5 days, the court may review the clerk's action

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

     When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

     Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| Octavia Mitchell, as Personal Representative of the Estate of Izael C. Jackson, and Octavia Mitchell, individually | ) ) ) ) ) ) | |
| Plaintiff, | ) | Case #  11 C 2741 |
| v. | ) | Judge Sharon Johnson Coleman |
| City of Chicago, et al., | ) ) ) | |
| Defendants, | ) | |

## ITEMIZATION FOR DEFENDANTS' BILL OF COSTS

Index of attachments:

Totals of all
Fees for Service of Summons & Subpoena
Fees for Printed or Electoniclly Recorded Transcripts & Deposition
Fees For Witnesses
Fees for Exemplification and Copies of Papers
Other

# Totals

| Description | Amount |
|---|---|
| Fees for Service of Summons & Subpoena | $1,714.75 |
| Fees for Printed or Electoniclly Recorded Transcripts & Deposition | $6,248.50 |
| Fees For Witnesses | $811.00 |
| Fees for Exemplification and Copies of Papers | $58.80 |
| Other | $7,059.47 |
| **TOTAL OF ALL SECTIONS** | **$15,892.52** |

# Service of Summons and Subpoena

| Deponent | Subpoena Type | Check Amount | Allowable Charge for Basic Service | Mileage Charge | Rush Fee | Second Paper Fee | Call Back Fees | Waiting Time Fee | Total Amount Recoverable |
|---|---|---|---|---|---|---|---|---|---|
| Ayers, Courtney | Personal | $45.00 | $55.00 | $3.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$103.00** |
| Bell, Isaac | Personal | $69.25 | $55.00 | $32.50 | $0.00 | $0.00 | $166.50 | $0.00 | **$323.25** |
| Fried, Matthew | Personal | $45.00 | $55.00 | $3.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$103.00** |
| Henderson, Latrice | Personal | $45.00 | $55.00 | $3.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$103.00** |
| Ige, Ideisi | Personal | $45.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$45.00** |
| Kalekar, Dr. Mitra | Personal | $0.00 | $55.00 | $27.50 | $0.00 | $0.00 | $0.00 | $0.00 | **$82.50** |
| Kalekar, Dr. Mitra | Personal | $40.00 | $55.00 | $6.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$101.00** |
| Petiete, Glen | Personal | $45.00 | $55.00 | $3.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$103.00** |
| White, Amber | Personal | $45.00 | $55.00 | $15.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$115.00** |
| White, Amber | Personal | $0.00 | $55.00 | $3.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$58.00** |
| White, Ashley Paige | Personal | $45.00 | $55.00 | $3.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$103.00** |
| Wilbourne, Myomea | Personal | $45.00 | $55.00 | $3.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$103.00** |
| Williams, Sandra | Personal | $45.00 | $55.00 | $3.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$103.00** |
| Williams, Sandra | Personal | $0.00 | $55.00 | $3.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$58.00** |
| Williams, Taza | Personal | $50.00 | $55.00 | $3.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$108.00** |
| Wyatt, Lisa | Personal | $45.00 | $55.00 | $3.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$103.00** |
| **Total Amount** | | | | | | | | | **$1,714.75** |

# Depositions and Transcripts

| Deponent | Type | Date | # of copy pages | Amount per page allowed to recover | Attendance Fee | Total Amount Recoverable |
|---|---|---|---|---|---|---|
| Ayers, Courtney | Deposition Original | 11/14/2012 | 96 | $3.65 | $30.00 | $380.40 |
| Bell, Isaac | Deposition Original | 11/14/2012 | 41 | $3.65 | $60.00 | $209.65 |
| DeCook, Nancy | Deposition Copy | 3/28/2013 | 59 | $0.90 | $0.00 | $53.10 |
| Fried, Matthew | Deposition Original | 10/2/2012 | 22 | $3.65 | $60.00 | $140.30 |
| Henderson, Latrice | Deposition Original | 11/15/2012 | 35 | $3.65 | $60.00 | $187.75 |
| Kalekar, Dr. Mitra | Deposition Original | 8/13/2012 | 76 | $3.65 | $0.00 | $277.40 |
| Kalekar, Dr. Mitra (Evidence) | Deposition Original | 2/24/2014 | 51 | $3.65 | $60.00 | $246.15 |
| Lopez, Nelson | Deposition Original | 9/22/2012 | 64 | $3.65 | $0.00 | $233.60 |
| Miller, John J. | Deposition Copy | 3/28/2013 | 31 | $0.90 | $0.00 | $27.90 |
| Murphy, Det. T. | Deposition Copy | 12/12/2010 | 35 | $0.90 | $0.00 | $31.50 |
| Smith, James | Deposition Original | 11/13/2012 | 47 | $3.65 | $0.00 | $171.55 |
| Stover, Det. D | Deposition Copy | 1/4/2013 | 95 | $0.90 | $0.00 | $85.50 |
| Taylor, Saquanta | Deposition Original | 11/13/2012 | 48 | $3.65 | $0.00 | $175.20 |
| Transcript of Proceedings | Court Transcript | 10/11/2013 | 83 | $4.25 | $0.00 | $352.75 |
| Williams, Sandra (No Show) | Deposition Original | 10/23/2012 | 6 | $3.65 | $60.00 | $81.90 |
| Williams, Sandra (No Show) | Deposition Original | 10/24/2013 | 5 | $3.65 | $60.00 | $78.25 |
| Williams, Taza | Deposition Original | 12/12/2010 | 52 | $3.65 | $60.00 | $249.80 |
| Williams-Perteete, Sandra | Deposition Original | 11/22/2013 | 162 | $3.65 | $60.00 | $651.30 |
| Wyatt, Lisa | No Show | 10/3/2012 | 0 | $0.00 | $60.00 | $60.00 |
| Konrath, Peggy A. | Deposition Original | 6/5/2012 | 58 | $3.65 | $60.00 | $271.70 |
| Horn, Aaron | Deposition Original | 6/12/2012 | 89 | $3.65 | $60.00 | $384.85 |
| Chapman, Ellen | Deposition Original | 6/18/2012 | 48 | $3.65 | $60.00 | $235.20 |
| Mitchell, Octavia | Deposition Original | 7/31/2012 | 124 | $3.65 | $60.00 | $512.60 |
| Wilson, Squavette | Deposition Original | 7/26/2012 | 53 | $3.65 | $60.00 | $253.45 |
| Beeman, Larenda | Deposition Original | 7/26/2012 | 54 | $3.65 | $60.00 | $257.10 |
| Smallwood, Bertha | Deposition Original | 8/13/2012 | 43 | $3.65 | $60.00 | $216.95 |
| Bell, Isaac | Deposition Original | 11/14/2012 | 41 | $3.65 | $60.00 | $209.65 |
| White-McGee, Izetta | Deposition Copy | 7/30/2012 | 42 | $0.90 | $60.00 | $97.80 |
| Casone, James | Deposition Copy | 7/30/2012 | 78 | $0.90 | $0.00 | $70.20 |
| Belcher, Jesse | Deposition Copy | 7/30/2012 | 50 | $0.90 | $0.00 | $45.00 |
| **TOTAL COST** | | | | | | **$6,248.50** |

# Witness Fees

| Witness | Check Amount | Travel Fee | Total Amount |
|---|---|---|---|
| Bell, Isaac | $40.00 | $5.00 | $45.00 |
| Bokhari, Dr. Faran | $40.00 | $5.00 | $45.00 |
| Beemon, Larenda | $40.00 | $5.00 | $45.00 |
| Cassara, Dr. Christopher | $40.00 | $5.00 | $45.00 |
| Chapman, Ellen | $40.00 | $5.00 | $45.00 |
| Chicago Board of Education | $40.00 | $0.00 | $40.00 |
| Henderson, Latrice | $40.00 | $5.00 | $45.00 |
| Horn, Aaron | $40.00 | $151.00 | $191.00 |
| Kalelkar, Dr. Mitra | $40.00 | $5.00 | $45.00 |
| Konrath, Peggy | $40.00 | $5.00 | $45.00 |
| Smallwood, Bertha | $40.00 | $5.00 | $45.00 |
| Stroger Hospital of Cook County | $40.00 | $0.00 | $40.00 |
| Taylor, Saquanta | $40.00 | $5.00 | $45.00 |
| Williams, Sandra | $40.00 | $5.00 | $45.00 |
| Wilson, Squatte | $40.00 | $5.00 | $45.00 |
| **TOTAL COST** | | | **$811.00** |

# Exemplification and Copies of Papers

| Date | Description | Pages in Document | # of copies | per page amount | Total Amount |
|---|---|---|---|---|---|
| 6/24/2011 | MINUTE entry before Honorable Sharon Johnson Coleman | 1 | 1 | $0.15 | $0.15 |
| 7/18/2011 | MOTION by Defendant City Of Chicago for extension of time to file answer regarding complaint | 3 | 1 | $0.15 | $0.45 |
| 7/21/2011 | MINUTE entry before Honorable Sharon Johnson Coleman | 1 | 1 | $0.15 | $0.15 |
| 8/24/2011 | ANSWER to Complaint with Jury Demand by City Of Chicago | 24 | 1 | $0.15 | $3.60 |
| 9/16/2011 | MINUTE entry before Honorable Sharon Johnson Coleman | 1 | 1 | $0.15 | $0.15 |
| 10/28/2011 | MINUTE entry before Honorable Sharon Johnson Coleman | 1 | 1 | $0.15 | $0.15 |
| 12/2/2011 | MINUTE entry before Honorable Sharon Johnson Coleman | 1 | 1 | $0.15 | $0.15 |
| 12/16/2011 | MINUTE entry before Honorable Sharon Johnson Coleman | 1 | 1 | $0.15 | $0.15 |
| 12/16/2011 | AMENDED complaint by Octavia Mitchell against City Of Chicago, Nelson Lopez, Francisco Gonzalez, Jesse W Belcher, James D Cascone | 17 | 1 | $0.15 | $2.55 |
| 1/6/2012 | ANSWER to amended complaint by Jesse W Belcher, James D Cascone, City Of Chicago, Francisco Gonzalez, Nelson Lopez | 26 | 1 | $0.15 | $3.90 |
| 2/3/2012 | REPORT of Rule 26(f) Planning Meeting (Baumann, Deidre) (Entered: 02/03/2012) | 2 | 1 | $0.15 | $0.30 |
| 2/6/2012 | MINUTE entry before Honorable Sharon Johnson Coleman | 1 | 1 | $0.15 | $0.15 |
| 2/7/2012 | PROTECTIVE Order Signed by the Honorable Sharon Johnson Coleman on 2/7/2012 | 10 | 1 | $0.15 | $1.50 |
| 4/11/2012 | MOTION by Defendants Jesse W Belcher, James D Cascone, City Of Chicago, Francisco Gonzalez, Nelson Lopez to compel | 7 | 1 | $0.15 | $1.05 |
| 4/16/2012 | MINUTE entry before Honorable Michael T. Mason | 1 | 1 | $0.15 | $0.15 |
| 4/16/2012 | MINUTE entry before Honorable Sharon Johnson Coleman | 1 | 1 | $0.15 | $0.15 |
| 4/23/2012 | STATUS Report by Jesse W Belcher, James D Cascone, City Of Chicago, Francisco Gonzalez, Nelson Lopez | 3 | 1 | $0.15 | $0.45 |

# Exemplification and Copies of Papers

| Date | Description | Pages in Document | # of copies | per page amount | Total Amount |
|---|---|---|---|---|---|
| 4/23/2012 | Initial Status Report by Octavia Mitchell | 5 | 1 | $0.15 | $0.75 |
| 4/26/2012 | MINUTE entry before Honorable Michael T. Mason | 1 | 1 | $0.15 | $0.15 |
| 6/1/2012 | MINUTE entry before Honorable Sharon Johnson Coleman | 1 | 1 | $0.15 | $0.15 |
| 6/6/2012 | MINUTE entry before Honorable Michael T. Mason | 1 | 1 | $0.15 | $0.15 |
| 7/26/2012 | MINUTE entry before Honorable Michael T. Mason | 1 | 1 | $0.15 | $0.15 |
| 8/1/2012 | MINUTE entry before Honorable Michael T. Mason | 1 | 1 | $0.15 | $0.15 |
| 8/6/2012 | MOTION by Plaintiff Octavia Mitchell for extension of time to complete discovery | 4 | 1 | $0.15 | $0.60 |
| 8/9/2012 | MINUTE entry before Honorable Michael T. Mason | 1 | 1 | $0.15 | $0.15 |
| 8/16/2012 | MINUTE entry before Honorable Sharon Johnson Coleman | 1 | 1 | $0.15 | $0.15 |
| 8/24/2012 | MINUTE entry before Honorable Michael T. Mason | 1 | 1 | $0.15 | $0.15 |
| 9/18/2012 | MINUTE entry before Honorable Michael T. Mason | 1 | 1 | $0.15 | $0.15 |
| 10/12/2012 | MOTION by Plaintiff Octavia Mitchell for extension of time to complete discovery | 5 | 1 | $0.15 | $0.75 |
| 10/15/2012 | MINUTE entry before Honorable Michael T. Mason | 1 | 1 | $0.15 | $0.15 |
| 10/23/2012 | MINUTE entry before Honorable Michael T. Mason | 1 | 1 | $0.15 | $0.15 |
| 10/23/2012 | MINUTE entry before Honorable Sharon Johnson Coleman | 1 | 1 | $0.15 | $0.15 |
| 11/16/2012 | MINUTE entry before Honorable Sharon Johnson Coleman | 1 | 1 | $0.15 | $0.15 |
| 11/21/2012 | MINUTE entry before Honorable Michael T. Mason | 1 | 1 | $0.15 | $0.15 |
| 1/18/2013 | MINUTE entry before Honorable Sharon Johnson Coleman | 1 | 1 | $0.15 | $0.15 |
| 2/15/2013 | MOTION by Plaintiff Octavia Mitchell for extension of time to disclose expert | 3 | 1 | $0.15 | $0.45 |
| 2/27/2013 | MINUTE entry before Honorable Sharon Johnson Coleman | 1 | 1 | $0.15 | $0.15 |
| 5/15/2013 | MINUTE entry before Honorable Sharon Johnson Coleman | 1 | 1 | $0.15 | $0.15 |

# Exemplification and Copies of Papers

| Date | Description | Pages in Document | # of copies | per page amount | Total Amount |
|---|---|---|---|---|---|
| 5/20/2013 | MINUTE entry before Honorable Sharon Johnson Coleman | 1 | 1 | $0.15 | $0.15 |
| 7/15/2013 | MOTION by Defendants Jesse W Belcher, James D Cascone, City Of Chicago, Francisco Gonzalez, Nelson Lopez for leave to file Amended Answer | 27 | 1 | $0.15 | $4.05 |
| 7/17/2013 | MINUTE entry before Honorable Sharon Johnson Coleman | 1 | 1 | $0.15 | $0.15 |
| 7/22/2013 | Amended ANSWER to amended complaint by Jesse W Belcher, James D Cascone, City Of Chicago, Francisco Gonzalez, Nelson Lopez | 26 | 1 | $0.15 | $3.90 |
| 8/14/2013 | MOTION by Defendants Jesse W Belcher, James D Cascone, City Of Chicago, Francisco Gonzalez, Nelson Lopez to quash discovery subpoena | 3 | 1 | $0.15 | $0.45 |
| 8/22/2013 | MINUTE entry before Honorable Sharon Johnson Coleman | 1 | 1 | $0.15 | $0.15 |
| 8/27/2013 | MINUTE entry before Honorable Sharon Johnson Coleman | 1 | 1 | $0.15 | $0.15 |
| 8/27/2013 | ORDER. Signed by the Honorable Sharon Johnson Coleman on 8/27/2013 | 2 | 1 | $0.15 | $0.30 |
| 9/19/2013 | MOTION by Defendants Jesse W Belcher, James D Cascone, City Of Chicago, Francisco Gonzalez, Nelson Lopezin limine | 34 | 1 | $0.15 | $5.10 |
| 9/19/2013 | MOTION by Plaintiff Octavia Mitchellin limine | 11 | 1 | $0.15 | $1.65 |
| 9/26/2013 | RESPONSE by Jesse W Belcher, James D Cascone, City Of Chicago, Francisco Gonzalez, Nelson Lopezin Opposition to MOTION by Plaintiff Octavia Mitchellin limine | 13 | 1 | $0.15 | $1.95 |
| 10/7/2013 | MINUTE entry before Honorable Sharon Johnson Coleman | 1 | 1 | $0.15 | $0.15 |
| 10/7/2013 | PROPOSED Jury Instructions by Jesse W Belcher, James D Cascone, City Of Chicago, Francisco Gonzalez, Nelson Lopez | 41 | 1 | $0.15 | $6.15 |
| 10/7/2013 | PROPOSED Pretrial Order | 22 | 1 | $0.15 | $3.30 |
| 10/7/2013 | PROPOSED Jury Instructions by Octavia Mitchell | 12 | 1 | $0.15 | $1.80 |

# Exemplification and Copies of Papers

| Date | Description | Pages in Document | # of copies | per page amount | Total Amount |
|---|---|---|---|---|---|
| 10/8/2013 | RESPONSE by Defendants Jesse W Belcher, James D Cascone, City Of Chicago, Francisco Gonzalez, Nelson Lopez to proposed jury instructions by Plaintiff | 15 | 1 | $0.15 | $2.25 |
| 10/11/2013 | RESPONSE by Plaintiff Octavia Mitchell to proposed jury instructions | 2 | 1 | $0.15 | $0.30 |
| 10/11/2013 | Additional Authority in Support of Plaintiffs' Motion in Limine No. 3 by Octavia Mitchell | 16 | 1 | $0.15 | $2.40 |
| 10/11/2013 | Pretrial conference held on 10/11/2013 at 1:00 p.m. Defendants motions in limine 64 are granted in part and denied in part. Plaintiffs motions in limine 66 are granted in part and denied in part. Signed by the Honorable Sharon Johnson Coleman on 10/11/2013 | 2 | 1 | $0.15 | $0.30 |
| 10/23/2013 | MOTION by Defendants Jesse W Belcher, James D Cascone, City Of Chicago, Francisco Gonzalez, Nelson Lopez for extension of time for trial date | 2 | 1 | $0.15 | $0.30 |
| 10/25/2013 | MINUTE entry before Honorable Sharon Johnson Coleman | 1 | 1 | $0.15 | $0.15 |
| 11/4/2013 | MINUTE entry before Honorable Sharon Johnson Coleman | 1 | 1 | $0.15 | $0.15 |
| 1/3/2014 | MINUTE entry before the Honorable Sharon Johnson Coleman | 1 | 1 | $0.15 | $0.15 |
| 2/13/2014 | MOTION by Defendants Jesse W Belcher, James D Cascone, City Of Chicago, Francisco Gonzalez, Nelson Lopez to supplement and Add Exhibits to Final Pre-Trial Order and to Correct Defendants' Exhibits 9 and 10 | 5 | 1 | $0.15 | $0.75 |
| 2/17/2014 | MOTION by Plaintiff Octavia Mitchellin limine | 5 | 1 | $0.15 | $0.75 |
| 2/18/2014 | RESPONSE by Jesse W Belcher, James D Cascone, City Of Chicago, Francisco Gonzalez, Nelson Lopezin Opposition to MOTION by Plaintiff Octavia Mitchellin limine | 6 | 1 | $0.15 | $0.90 |
| 2/19/2014 | MINUTE entry before the Honorable Sharon Johnson Coleman | 1 | 1 | $0.15 | $0.15 |
| 3/3/2014 | MINUTE entry before the Honorable Sharon Johnson Coleman | 1 | 1 | $0.15 | $0.15 |

# Exemplification and Copies of Papers

| Date | Description | Pages in Document | # of copies | per page amount | Total Amount |
|---|---|---|---|---|---|
| 3/4/2014 | MINUTE entry before the Honorable Sharon Johnson Coleman | 1 | 1 | $0.15 | $0.15 |
| 3/5/2014 | MINUTE entry before the Honorable Sharon Johnson Coleman | 1 | 1 | $0.15 | $0.15 |
| 3/6/2014 | MINUTE entry before the Honorable Sharon Johnson Coleman | 1 | 1 | $0.15 | $0.15 |
| **TOTAL AMOUNT** | | | | | **$58.80** |

# Other Costs

| Description | Vender | Amount |
|---|---|---|
| Circuit Court of Cook County Records | Cook County | $26.25 |
| Trial Demostrative Exhibits and Blow-ups Adjusted for only 10 images used: $10,404.97 - $4806.00 = $5,598.97 | Trial Graphix | $5,598.97 |
| Videographer Fee for Sandra Williams' Deposition on 11/22/13 | TrialVision / Depovision, Ltd. | $442.50 |
| Videographer Fee for Sandra Williams' Deposition on 10/23/13 (No Show | TrialVision / Depovision, Ltd. | $442.50 |
| DVDs of the Deposition of Sandra Williams | TrialVision / Depovision, Ltd. | $140.00 |
| Cook County Court File | Circuit Court of Cook County | $26.25 |
| Videographer Fee for Sandra Williams' Deposition on 10/24/13 (No Show) | TrialVision / Depovision, Ltd. | $383.00 |
| **TOTAL COST** | | **$7,059.47** |



TRIALVISION/DEPOVISION LTD.

December   2, 2013

Scott J. Jebson Esq.
Asst. Corp. Csl., City of Chicago        DEC 05 2013
30 N. LaSalle St., Ste 800
Chicago, IL. 60602

        Re: Octavia Mitchell v City of Chicago, a municipal corporation

        Witness: Sandra Williams


    Scheduled videotaped deposition on 11/22/13 at
    30 N. LaSalle St. Chicago, IL.

                                                        442.50
    Shipping:                                             0.00
                                                    -----------
                                        Total Due  $    442.50

| Case Name: | *Mitchell v City* |
| Case Number: | *11 C 2741* |
| Client Dept: | **Police** |
| Atty. Signature: | *(signature)* |
| Date Approved: | *12-9-13* |
| Law Dept. Div.: | **FCRL** |

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

INVOICE NO: 02014006

Scott J. Jebson
City of Chicago
30 North LaSalle Street
Chicago, IL 60602-2590

**FILE COPY**

Phone: (312) 744-6959

**MAKE CHECKS PAYABLE TO:**

Tracey D. McCullough, CSR, RPR
Official Court Reporter
219 South Dearborn Street
Suite 1426
Chicago, IL 60604

Phone: (312) 922-3716

Tax ID: 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
traceydmc@aol.com

| | | |
|---|---|---|
| ☐ CRIMINAL ☒ CIVIL | DATE ORDERED: 01-14-2014 | DATE DELIVERED: 01-28-2014 |

**Case Style:** 11 C 2741, Octavia Mitchell v City of Chicago, et al
Transcript of proceedings before the Hon. Sharon Johnson Coleman - final
pretrial conference on 10/11/13

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | 83 | 4.25 | 352.75 | | | | | | | 352.75 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | | | | |

Case Name: *Octavia Mitchell*
Case Number: *11 C 2741*
Client Dept: **Police**
Atty. Signature: *Scott J.*
Date Approved: *1/28/14*
Law Dept. Div.: **FCRL**

MISC. CHARGES:

TOTAL: 352.75

LESS DISCOUNT FOR LATE DELIVERY

TAX (If Applicable):

LESS AMOUNT OF DEPOSIT:

TOTAL REFUND:

| Date Paid: | Amt: | TOTAL DUE: | $352.75 |
|---|---|---|---|

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

SIGNATURE *Tracey D. McCullough*

DATE 01-28-2014

(All previous editions of this form are
cancelled and should be destroyed)

PDF created with pdfFactory trial version www.pdffactory.com



**FILE COPY**

 TRIALVISION/DEPOVISION LTD•

October 30, 2013

NOV — — —

NOV 0 7 2013

Scott J. Jebson Esq.
Asst. Corp. Csl., City of Chicago
30 N. LaSalle St., Ste 800
Chicago, IL. 60602

Re: Octavia Mitchell v City of Chicago, a municipal corporation

Witness: Sandra Williams

Scheduled videotaped deposition on 10/23/13 at
30 N. LaSalle St. Chicago, IL.

```
                                               442.50
Shipping:                                        0.00
                                            -----------
                          Total Due  $         442.50
```

| | |
|---|---|
| Case Name: | *Octavia Mitchell* |
| Case Number: | 11 C 2741 |
| Client Dept: | **Police** |
| Atty. Signature: | *[signature]* |
| Date Approved: | 11-12-13 |
| Law Dept. Div.: | **FCRL** |

Please remit a copy of the bill with payment            INV.#   24671

77 W. WASHINGTON ST., SUITE 1110 • CHICAGO, ILLINOIS 60602 • (312) 332-4288 • FAX (312) 214-4618



TRIALVISION/DEPOVISION LTD•

**FILE COPY**

October 30, 2013

NOV 0 7 2013

Scott J. Jebson Esq.
Asst. Corp. Csl., City of Chicago
30 N. LaSalle St., Ste 800
Chicago, IL. 60602

Re: Octavia Mitchell v City of Chicago, a municipal corporation

Witness: Sandra Williams (2nd Attempt)

Scheduled videotaped deposition on 10/24/13 at
30 N. LaSalle St. Chicago, IL.

|  |  |
|---|---|
|  | 383.00 |
| Shipping: | 0.00 |
|  | ----------- |
| Total Due $ | 383.00 |

| | |
|---|---|
| Case Name: | _Octavia Mitchell_ |
| Case Number: | _11 C 2741_ |
| Client Dept: | **Police** |
| Atty. Signature: | _[signature]_ |
| Date Approved: | _11-13-13_ |
| Law Dept. Div.: | **FCRL** |

Please remit a copy of the bill with payment

INV.# 24672

# LaSalle Process Servers L.P.

**29 S. LaSalle St. Suite 956**
**Chicago, Illinois 60603**
**Phone: 312-263-0620**
**FEIN# 36-4247052**

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/22/2013 | 49308 |

BILL TO
City of Chicago
30 N. LaSalle Street
Suite 1400
Chicago, Illinois 60602
Attn:Jill Antonucci White

CASE INFO
Octavia Mitchell, et al.
vs.
City of Chicago, et al.
11 C 2741

OCT 2 4 2013

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Services Rendered | 77.00 |
| 6% Reduction | -4.62 |
| Fuel Surcharge | 3.00 |

Subpoena
Sandra Williams
Call at address given in Chicago on October 17

CUSTOMER ACCEPTS AND ACKNOWLEDGES ALL INVOICES AS
CORRECT UNLESS NOTICE IS GIVEN TO LASALLE PROCESS
SERVERS L.P. WITHIN FIFTEEN (15) DAYS OF PRESENTATION.

ALL FEES AND CHARGES ARE BASED UPON PROMPT PAYMENT.

ALL INVOICES MUST BE PAID IN FULL WITHIN 30 DAYS. IF ANY
INVOICE REMAINS UNPAID AFTER THE 90-DAY PERIOD, ALL
SERVICES WILL BE SUSPENDED UNTIL THE BALANCE HAS BEEN
PAID IN FULL.

CHECK OUT OUR WEB SITE WWW.LASALLEPROCESSSERVERS.COM
ILLINOIS PRIVATE DETECTIVE LICENSE #117-001432

THANK YOU FOR YOUR BUSINESS. PLEASE REMIT IN 30
DAYS.

**Total**   $75.38

# LaSalle Process Servers L.P.

**29 S. LaSalle St. Suite 956**
**Chicago, Illinois 60603**
**Phone: 312-263-0620**
**FEIN# 36-4247052**

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 11/8/2012 | 47190 |

**FILE COPY**

BILL TO

City of Chicago
30 N. LaSalle Street
Suite 1400
Chicago, Illinois 60602
Attn:Jill Antonucci White

CASE INFO

Octavia Mitchell
vs.
City of Chicago, et al.
11 c 2741

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Services Rendered | 277.00 |
| 6% Reduction | -16.62 |
| Witness fees advanced | 69.25 |
| Fuel Surcharge | 12.00 |

Subpoena
Isaac Bell
Calls at address given in Hammond, IN on October 27, 27, 31 & November 3.

CUSTOMER ACCEPTS AND ACKNOWLEDGES ALL INVOICES AS
CORRECT UNLESS NOTICE IS GIVEN TO LASALLE PROCESS
SERVERS L.P. WITHIN FIFTEEN (15) DAYS OF PRESENTATION.

ALL FEES AND CHARGES ARE BASED UPON PROMPT PAYMENT.

ALL INVOICES MUST BE PAID IN FULL WITHIN 90 DAYS.  IF ANY
INVOICE REMAINS UNPAID AFTER THE 90-DAY PERIOD, ALL
SERVICES WILL BE SUSPENDED UNTIL THE BALANCE HAS BEEN
PAID IN FULL.

CHECK OUT OUR WEB SITE WWW.LASALLEPROCESSSERVERS.COM
ILLINOIS PRIVATE DETECTIVE LICENSE #117-001432

THANK YOU FOR YOUR BUSINESS. PLEASE REMIT IN 30
DAYS.

**Total**          $341.63

# *LaSalle Process Servers L.P.*

**29 S. LaSalle St. Suite 956**
**Chicago, Illinois 60603**
**Phone: 312-263-0620**
**FEIN# 36-4247052**

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 9/30/2013 | 49169 |

BILL TO
City of Chicago
30 N. LaSalle Street
Suite 1400
Chicago, Illinois 60602
Attn:Jill Antonucci White

CASE INFO
Octavia Mitchell, et al.
vs.
City of Chicago, et al.
11 C 2741

OCT 0 2 2013

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Services Rendered | 152.00 |
| 6% Reduction | -9.12 |
| Fuel Surcharge | 6.00 |

Subpoena
Dr. Mitra Kalekar
Calls at address given in Oakbrook on September 21 & 22.

CUSTOMER ACCEPTS AND ACKNOWLEDGES ALL INVOICES AS
CORRECT UNLESS NOTICE IS GIVEN TO LASALLE PROCESS
SERVERS L.P. WITHIN FIFTEEN (15) DAYS OF PRESENTATION.

ALL FEES AND CHARGES ARE BASED UPON PROMPT PAYMENT.

ALL INVOICES MUST BE PAID IN FULL WITHIN 30 DAYS. IF ANY
INVOICE REMAINS UNPAID AFTER THE 90-DAY PERIOD, ALL
SERVICES WILL BE SUSPENDED UNTIL THE BALANCE HAS BEEN
PAID IN FULL.

CHECK OUT OUR WEB SITE WWW.LASALLEPROCESSSERVERS.COM
ILLINOIS PRIVATE DETECTIVE LICENSE #117-001432

THANK YOU FOR YOUR BUSINESS. PLEASE REMIT IN 30
DAYS.

**Total** $148.88

**FILE COPY**

# LaSalle Process Servers L.P.

**29 S. LaSalle St. Suite 956**
**Chicago, Illinois 60603**
**Phone: 312-263-0620**
**FEIN# 36-4247052**

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 12/4/2013 | 49532 |

BILL TO
City of Chicago
30 N. LaSalle Street
Suite 1400
Chicago, Illinois 60602
Attn:Jill Antonucci White

CASE INFO
Octavia Mitchell
vs.
City of Chicago, et al.
11 c 2741

**DEC 1 1 2013**

| | | AMOUNT |
|---|---|---|
| Case Name: | Octavia Mitchell | |
| Case Number: | 11 C 2741 | |
| Client Dept: | **Police** | |
| Atty. Signature: | | |
| Date Approved: | 12-12-13 | |
| Law Dept. Div.: | **FCRL** | |

| | AMOUNT |
|---|---|
| Services Rendered | 104.50 |
| 6% Reduction | -6.27 |
| Fuel Surcharge | 3.00 |

Subpoena
Dr. Mitra Kalekar
Call at address given in Oak Brook on November 24

CUSTOMER ACCEPTS AND ACKNOWLEDGES ALL INVOICES AS
CORRECT UNLESS NOTICE IS GIVEN TO LASALLE PROCESS
SERVERS L.P. WITHIN FIFTEEN (15) DAYS OF PRESENTATION.

ALL FEES AND CHARGES ARE BASED UPON PROMPT PAYMENT.

ALL INVOICES MUST BE PAID IN FULL WITHIN 30 DAYS. IF ANY
INVOICE REMAINS UNPAID AFTER THE 90-DAY PERIOD, ALL
SERVICES WILL BE SUSPENDED UNTIL THE BALANCE HAS BEEN
PAID IN FULL.

CHECK OUT OUR WEB SITE WWW.LASALLEPROCESSSERVERS.COM
ILLINOIS PRIVATE DETECTIVE LICENSE #117-001432

THANK YOU FOR YOUR BUSINESS. PLEASE REMIT IN 30
DAYS.

**Total**

$101.23

# Urlaub Bowen & Associates, Inc.

20 N. Clark Street
Suite 1260
Chicago, IL 60602-4189
**Phone:** (312) 781-9586    **Fax:** (312) 781-9228

Job #: 120813SAK
Job Date: 08/13/2012
Order Date: 09/03/2013
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

| | |
|---|---|
| **Invoice #:** | 88434 |
| **Inv.Date:** | 09/19/2013 |
| **Balance:** | $290.70 |

---

**Bill To:**
Mr. Scott J. Jebson
Stephen R. Patton Corporation Counsel - FCR
Federal Civil Rights Division
30 N LaSalle St
Ste 900
Chicago, IL 60602

Action: **Mitchell, Octavia**
*vs*
**City of Chicago**
Action #: **11 C 2741**
Rep: **SAK**
Cert: **084-002346**

# FILE COPY

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt. | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Mitra Kalelkar, M.D. | Original Certified Transcript | Pages | 76 | $4.25 | $32.30 | $290.70 |

1. Case Name: *Mitchell v. City*
2. Case Number: *11 c 2741*
3. Client Dept: *Police*
4. Atty Signature: *[signature]*
5. Date Approved: *10-1-13*
6. Law Dept. Division: *FCR*

SEP 26 2013

**Comments:**

NET 30 DAYS @ 1.5%    225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity."

| | |
|---|---|
| Sub Total | $290.70 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $290.70 |
| Payment | $0.00 |
| **Balance Due** | $290.70 |

| Federal Tax I.D.: 36-3368198 | Terms: Net 30 Days @ 1.5% | |

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

---

**Bill To:**
Mr. Scott J. Jebson
Stephen R. Patton Corporation Counsel - FCR
Federal Civil Rights Division
30 N LaSalle St
Ste 900
Chicago, IL 60602

**Invoice**

**Deliver To:**
Mr. Scott J. Jebson
Stephen R. Patton Corporation Counsel - FCR
Federal Civil Rights Division
30 N LaSalle St
Ste 900
Chicago, IL 60602

| | |
|---|---|
| **Invoice #:** | 88434 |
| **Inv.Date:** | 09/19/2013 |
| **Balance:** | $290.70 |
| Job #: | 120813SAK |
| Job Date: | 08/13/2012 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |
| Your Client: | |

REMIT PAYMENT TO:
URLAUB BOWEN & ASSOCIATES, INC.
PO BOX 64637
CHICAGO, IL 60664-0637

  

# Urlaub Bowen & Associates, Inc.

20 N. Clark Street
Suite 1260
Chicago, IL 60602-4189
Phone: (312) 781-9586    Fax: (312) 781-9228

Job #: 131024KH
Job Date: 10/24/2013
Order Date: 10/24/2013
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

## Invoice

Invoice #: 88799
Inv.Date: 10/25/2013
Balance: $116.10

---

Bill To:
Mr. Scott J. Jebson
Stephen R. Patton Corporation Counsel - FCR
Federal Civil Rights Division
30 N LaSalle St
Ste 900
Chicago, IL 60602

Action: **Mitchell, Octavia**
vs
**City of Chicago**
Action #: 11 C 2741
Rep: KH
Cert: 084-004093

**FILE COPY**

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt. | Amount |
|------|--------------------|-------------|-------|----------|-------|-----------|--------|
| 1 | Sandra Williams, Stmt on Record | Original Certified Transcript | Pages | 5 | $5.80 | $2.90 | $26.10 |
| 2 | | Appearance 2 Hr Minimum | Session | 1.00 | $100.00 | $10.00 | $90.00 |

1. Case Name: _Octavia Mitchell_
2. Case Number: _11 C 2741_
3. Client Dept: _Police_
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _FCRL_

OCT 2 9 2013

Comments:

NET 30 DAYS @ 1.5%    225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity."

| | |
|---|---|
| Sub Total | $116.10 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $116.10 |
| Payment | $0.00 |
| Balance Due | $116.10 |

Federal Tax I.D.: 36-3368198    Terms: Net 30 Days @ 1.5%

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

---

Bill To:
Mr. Scott J. Jebson
Stephen R. Patton Corporation Counsel - FCR
Federal Civil Rights Division
30 N LaSalle St
Ste 900
Chicago, IL 60602

**Invoice**

Deliver To:
Mr. Scott J. Jebson
Stephen R. Patton Corporation Counsel - FCR
Federal Civil Rights Division
30 N LaSalle St
Ste 900
Chicago, IL 60602

Invoice #: 88799
Inv.Date: 10/25/2013
Balance: $116.10
Job #: 131024KH
Job Date: 10/24/2013
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

REMIT PAYMENT TO:
URLAUB BOWEN & ASSOCIATES, INC.
PO BOX 64637
CHICAGO, IL 60664-0637





# Urlaub Bowen & Associates, Inc.

20 N. Clark Street
Suite 1260
Chicago, IL 60602-4189
Phone: (312) 781-9586     Fax: (312) 781-9228

**Job #:** 131023ST2
**Job Date:** 10/23/2013
**Order Date:** 10/23/2013
**DB Ref.#:**
**Date of Loss:** / /
**Your File #:**
**Your Client:**

## Invoice

**Invoice #:** 88797
**Inv.Date:** 10/25/2013
**Balance:** $143.82

**Bill To:**
Mr. Scott J. Jebson
Stephen R. Patton Corporation Counsel - FCR
Federal Civil Rights Division
30 N LaSalle St
Ste 900
Chicago, IL 60602

**Action:** Mitchell, Octavia
VS
**City of Chicago**
**Action #:** 11 C 2741
**Rep:** ST
**Cert:**

FILE COPY

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt. | Amount |
|------|--------------------|-------------|-------|----------|-------|------------|--------|
| 1 | Sandra Williams  Stmt on Record | Original Certified Transcript | Pages | 6 | $5.80 | $3.48 | $31.32 |
| 2 | | Appearance (Hourly Ext) | Hours | 2.50 | $50.00 | $12.50 | $112.50 |

1. Case Name: _Octavia Mitchell_
2. Case Number: _11 C 2741_
3. Client Dept: _Police_
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _FCRL_

OCT 29 2013

**Comments:**

NET 30 DAYS @ 1.5%     225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity."

| | |
|---|---|
| Sub Total | $143.82 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $143.82 |
| Payment | $0.00 |
| **Balance Due** | $143.82 |

**Federal Tax I.D.:** 36-3368198          **Terms:** Net 30 Days @ 1.5%

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

**Bill To:**
Mr. Scott J. Jebson
Stephen R. Patton Corporation Counsel - FCR
Federal Civil Rights Division
30 N LaSalle St
Ste 900
Chicago, IL 60602

## Invoice

**Deliver To:**
Mr. Scott J. Jebson
Stephen R. Patton Corporation Counsel - FCR
Federal Civil Rights Division
30 N LaSalle St
Ste 900
Chicago, IL 60602

**Invoice #:** 88797
**Inv.Date:** 10/25/2013
**Balance:** $143.82
**Job #:** 131023ST2
**Job Date:** 10/23/2013
**DB Ref.#:**
**Date of Loss:** / /
**Your File #:**
**Your Client:**

REMIT PAYMENT TO:
URLAUB BOWEN & ASSOCIATES, INC.
PO BOX 64637
CHICAGO, IL 60664-0637

  



**PATTI BLAIR**
**COURT REPORTERS, PC.**

REMIT TO:

Patti Blair Court Reporters, P.C.
105 West Adams
Suite 2500
Chicago, Illinois 60603

Phone: (312) 782-8376
Fax: (312) 782-8377

ANGIE FUENTES
CORPORATION COUNSEL
30 NORTH LASALLE STREET     **FILE COPY**
SUITE 1720
CHICAGO, IL  60602

## INVOICE

37340

---

| DATE | CLIENT | FILE |
|------|--------|------|
| 11/14/2012 | 801 | OCTAVIA MITCHELL VS. CITY OF CHICAGO |

ATTORNEY - CAROLINE FRONCZAK

REPORTER APPEARANCE & ORIGINAL TRANSCRIPT - ISAAC BELL
2 HOUR MINIMUM @ 100.00                         100.00
41 PAGES @ 4.25                                 174.25

NOV 2 7 2012

1. Case Name: *Mitchell*
2. Case Number: *11-2741*
3. Client Dept: *Police*
4. Atty Signature: *(signature)*
5. Date Approved: *11/28/12*
6. Law Dept: Division: *(signature)*

Total Amount: 274.25

10% City of Chicago Discount: -27.42

Less Paid To Date: 0.00

Total Due: 246.83

Tax Number: 36-3304432

---

Method of Payment:
☐ Check Enclosed
   Please make check payable to: Patti Blair Court Reporters, P.C.

☐ Charge my credit card:
   ☐ Visa
   ☐ Mastercard

☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐     ☐☐☐☐
Credit Card #                          Expiration Date
There will be a $10.00 service fee applied to all credit card payments

Signature (as it appears on your card)

Print Name (as it appears on your card

Daytime Phone:

*McGee Court Reporting Services and 3-2-1 Legal Video*

# Invoice

79 W. Monroe
Suite 1011
Chicago, IL 60603

| (T) 312/263-2881 | (F) 312/263-3637 |
|---|---|

| Date | Invoice # |
|---|---|
| 10/30/2012 | 2294 |

Bill To

Caroline Fronczak, Esq.
Assistant Corporation Counsel, Dept. of L
Federal Civil Rights Litigation
30 North LaSalle Street
Chicago, Illinois 60602



## FILE COPY

EIN # 36-4426587

| Due Date |
|---|
| 10/30/2012 |

| Serviced | Item | Professional Services Rendered as Follows | Hrs/pgs | Rate | Amount |
|---|---|---|---|---|---|
| 9/22/2012 | Transcript (or... | By:     Linda Madison, CSR | 64 | 3.75 | 240.00 |
| | | RE:     Octavia Mitchell, et al. vs. P. O. Jesse W. Belcher, Sergeant James D. Cascone, P. O. Francisco Gonzales, and P. O. Nelson Lopez Case No. 11 C 02741 Deposition of Nelson Lopez | | | |
| | | Transcript of Proceedings | | | |
| | | *Octavia Mitchell  11C 2741*  *Police*  *FCRL*  X  *signed by Caroline Fronczak* | | | |

It is our pleasure to serve your court reporting needs.

| **Total** | $240.00 |
|---|---|



**PATTI BLAIR COURT REPORTERS, P.C.**

REMIT TO:

Patti Blair Court Reporters, P.C.
105 West Adams
Suite 2500
Chicago, Illinois 60603

Phone: (312) 782-8376
Fax: (312) 782-8377

ANGIE FUENTES
CORPORATION COUNSEL
30 NORTH LASALLE STREET
SUITE 1720
CHICAGO, IL 60602

# INVOICE

37385

---

| DATE | CLIENT | FILE |
|------|--------|------|
| 11/13/2012 | 801 | OCTAVIA MITCHELL VS. CITY OF CHICAGO |

ATTORNEY - CAROLINE FRONCZAK     **FILE COPY**

REPORTER APPEARANCE & ORIGINAL TRANSCRIPT - JAMES SMITH
3 HOURS @ 50.00                                         150.00
47 PAGES @ 4.25                                         199.75

SAQUANTA TAYLOR
48 PAGES @ 4.25                                         204.00

1. Case Name: _Mitchell_
2. Case Number: _11-2741_
3. Client Dept: _police_
4. Atty Signature: _Crongo_
5. Date Approved: _12/00/12_
6. Law Dept Division: _FUEL_

DEC 0 4 2012

Total Amount: 553.75

10% City of Chicago Discount: -55.37

Less Paid To Date: 0.00

Total Due: 498.38

Tax Number: 36-3304432

---

Method of Payment:
☐ Check Enclosed
   Please make check payable to: Patti Blair Court Reporters, P.C.
☐ Charge my credit card:
   ☐ Visa
   ☐ Mastercard

_____
Signature (as it appears on your card)

_____
Print Name (as it appears on your card

Daytime Phone:

☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐     ☐☐☐☐
Credit Card #                          Expiration Date
There will be a $10.00 service fee applied to all credit card payments

# McGee Court Reporting Services and 3-2-1 Legal Video

# Invoice

79 W. Monroe
Suite 1011
Chicago, IL 60603

(T) 312/263-2881    ( F) 312/263-3637

| Date | Invoice # |
|---|---|
| 1/23/2013 | 2408 |

---

**Bill To**

Kathryn Doi, Esq.
Assistant Corporation Counsel, Dept Law
Federal Civil Rights Litigation
30 North LaSalle, Suite 900
Chicago, Illinois 60602

*RECEIVED*
*FEDERAL CIVIL RIGHTS LITIGATION*
FEB 0 1 2013

---

|  |  | Due Date |
|---|---|---|
|  | EIN # 36-4426587 | 1/23/2013 |

| Serviced | Item | Professional Services Rendered as Follows | Hrs/pgs | Rate | Amount |
|---|---|---|---|---|---|
| 1/4/2013 | Transcript (C... | By:  Izetta White-McGee, CSR | 95 | 2.75 | 261.25 |
|  |  | RE:  Octavia Mitchell vs. P. O.<br>Jesse W. Belcher, et al<br>Case No. 11 C 02741<br>Deposition of Det. D. Stover |  |  |  |
|  | Exhibits | Hyperlinked Exhibits | 3 | 0.35 | 1.05 |
|  |  | Transcript of Proceedings<br>Copy/Regular Delivery |  |  |  |
|  | Transcript (C... | Transcript of Proceedings<br>Copy/Regular Delivery<br>  Deposition of Det. T. Murphy | 35 | 2.75 | 96.25 |
|  | Exhibits | Hyperlinked Exhibits | 3 | 0.35 | 1.05 |

1. CASE NAME:  *Mitchell v. City*

2. CASE #:  11 C 2741

3. CLIENT DEPT:  *POLICE*

4. ATTY. SIGNATURE:

5. DATE APPROVED:  2/5/13

6. LAW DEPT. DIVISION:  *FCRL*

**FILE COPY**

Please return the yellow copy with your payment, Thank you

**Total**    $359.60

# McGee Court Reporting Services and 3-2-1 Legal Video

# Invoice

79 W. Monroe
Suite 1011
Chicago, IL 60603

(T) 312/263-2881    ( F) 312/263-3637

| Date | Invoice # |
|------|-----------|
| 4/9/2013 | 2530 |

Bill To

Kathryn Doi, Esq.
Assistant Corporation Counsel, Dept Law
Federal Civil Rights Litigation
30 North LaSalle, Suite 900
Chicago, Illinois 60602

**FILE COPY**

|  |  |
|--|--|
|  | Due Date |
| EIN # 36-4426587 | 4/9/2013 |

| Serviced | Item | Professional Services Rendered as Follows | Hrs/pgs | Rate | Amount |
|----------|------|-------------------------------------------|---------|------|--------|
| 3/28/2013 | Transcript (C... | By:    Barbara Anthony, CSR | 31 | 2.75 | 85.25 |
|  |  | RE:    Octavia Mitchell, et al vs. | | | |
|  |  | P. O. Jesse W. Belcher, et al | | | |
|  |  | Case No.11 C 02741 | | | |
|  |  | Deposition of John J. Miller | | | |
|  |  | Transcript of Proceedings | | | |
|  |  | Copy/Regular Delivery | | | |
|  | Transcript (C... | Transcript of Proceedings | 59 | 2.75 | 162.25 |
|  |  | Copy/Regular Delivery | | | |
|  |  | Deposition of Nancy De Cook | | | |

Case Name: _Mitchell v. City_
Case Number: _11 C 2741_
Client Dept: **Police**
Atty. Signature: _(signature)_
Date Approved: _4/10/13_
Law Dept. Div.: **FCRL**

It is our pleasure to serve your court reporting needs.

## Total

$247.50

# Urlaub Bowen & Associates, Inc.

20 N. Clark Street
Suite 1260
Chicago, IL 60602-4189
Phone: (312) 781-9586    Fax: (312) 781-9228

Job #: 121005GRAMANN
Job Date: 10/05/2012
Order Date: 10/05/2012
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

Invoice #:        84744
Inv.Date:    10/18/2012
Balance:      $321.00

---

Bill To:
Ms. Caroline J. Fronczak
Stephen R. Patton Corporation Counsel - FCR
Federal Civil Rights Division
30 N LaSalle St
Ste 900
Chicago, IL 60602

Action: Mitchell, Octavia
vs
City of Chicago
Action #: 11 C 2741
Rep: GRAMANN
Cert:

**FILE COPY**

| Item | Proceeding/Witness | Description | Units | Quantity | Price | | Amount |
|------|--------------------|-------------|-------|----------|-------|---|--------|
| 1 | Taza Williams | Original Certified Transcript | Pages | 52 | $4.25 | | $221.00 |
| 2 | | Appearance 2 Hr Minimum | Session | 1.00 | $100.00 | | $100.00 |
| 3 | | | | | | | |
| 4 | | NO DISCOUNT APPLIED TO THIS | | | | | |
| 5 | | INVOICE COST TO REIMBURSE UBA | | | | | |
| 6 | | for MADISON, WI  DEPOSITION | | | | | |

1. Case Name: _Octavia Mitchell_
2. Case Number: _11 C 2741_
3. Client Dept: _Police_
4. Atty Signature: _(signature)_
5. Date Approved: _10/24/12_
6. Law Dept. Division: _FCRL_

OCT 2 3 2012

---

Comments:

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity."

| | |
|---|---|
| Sub Total | $321.00 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $321.00 |
| Payment | $0.00 |
| Balance Due | $321.00 |

Federal Tax I.D.: 36-3368198        Terms: Net 30 Days @ 1.5%

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

---

Bill To:
Ms. Caroline J. Fronczak
Stephen R. Patton Corporation Counsel - FCR
Federal Civil Rights Division
30 N LaSalle St
Ste 900
Chicago, IL 60602

Deliver To:
Ms. Caroline J. Fronczak
Stephen R. Patton Corporation Counsel - FCR
Federal Civil Rights Division
30 N LaSalle St
Ste 900
Chicago, IL 60602

**Invoice**

Invoice #: 84744
Inv.Date: 10/18/2012
Balance: $321.00
Job #: 121005GRAMANN
Job Date: 10/05/2012
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

REMIT PAYMENT TO:
URLAUB BOWEN & ASSOCIATES, INC.
PO BOX 64637
CHICAGO, IL 60664-0637





# Urlaub Bowen & Associates, Inc.

20 N. Clark Street
Suite 1260
Chicago, IL 60602-4189
Phone: (312) 781-9586    Fax: (312) 781-9228

Job #: 121002LZM
Job Date: 10/02/2012
Order Date: 10/02/2012
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

Invoice #: 84681
Inv.Date: 10/16/2012
Balance: $174.15

**Bill To:**
Ms. Caroline J. Fronczak
Stephen R. Patton Corporation Counsel - FCR
Federal Civil Rights Division
30 N LaSalle St
Ste 900
Chicago, IL 60602

Action: **Mitchell, Octavia**
VS
**City of Chicago**
Action #: **11 C 2741**
Rep: LZM
Cert:

**FILE COPY**

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt. | Amount |
|------|--------------------|-------------|-------|----------|-------|-----------|--------|
| 1 | Matthew Freid | Original Certified Transcript | Pages | 22 | $4.25 | $9.35 | $84.15 |
| 2 | | Appearance 2 Hr Minimum | Session | 1.00 | $100.00 | $10.00 | $90.00 |

OCT 2 3 2012

1. Case Name: _Octavia Mitchell_
2. Case Number: _11 C 2741_
3. Client Dept: _Police_
4. Atty Signature: _Mangal_
5. Date Approved: _10/24/12_
6. Law Dept. Division: _FCRL_

**Comments:**

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity."

| | |
|---|---|
| Sub Total | $174.15 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $174.15 |
| Payment | $0.00 |
| Balance Due | $174.15 |

| Federal Tax I.D.: 36-3368198 | Terms: Net 30 Days @ 1.5% |
|---|---|

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

**Bill To:**
Ms. Caroline J. Fronczak
Stephen R. Patton Corporation Counsel - FCR
Federal Civil Rights Division
30 N LaSalle St
Ste 900
Chicago, IL 60602

# Invoice

**Deliver To:**
Ms. Caroline J. Fronczak
Stephen R. Patton Corporation Counsel - FCR
Federal Civil Rights Division
30 N LaSalle St
Ste 900
Chicago, IL 60602

Invoice #: 84681
Inv.Date: 10/16/2012
Balance: $174.15
Job #: 121002LZM
Job Date: 10/02/2012
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

REMIT PAYMENT TO:
URLAUB BOWEN & ASSOCIATES, INC.
PO BOX 64637
CHICAGO, IL 60664-0637

  

# Urlaub Bowen & Associates, Inc.

20 N. Clark Street
Suite 1260
Chicago, IL 60602-4189
Phone: (312) 781-9586    Fax: (312) 781-9228

Job #: 131122NMC
Job Date: 11/22/2013
Order Date: 11/22/2013
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

## Invoice

Invoice #: 89284
Inv.Date: 12/23/2013
Balance: $809.10

**Bill To:**
Mr. Scott J. Jebson
Stephen R. Patton Corporation Counsel - FCR
Federal Civil Rights Division
30 N LaSalle St
Ste 900
Chicago, IL 60602

Action: **Mitchell, Octavia**
vs
**City of Chicago**
Action #: 11 C 2741
Rep: NMC
Cert: 084-004744

FILE COPY

FILE COPY

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt. | Amount |
|------|--------------------|-------------|-------|----------|-------|-----------|--------|
| 1 | Sandra Williams-Perteete | Original Certified Transcript | Pages | 162 | $4.25 | $68.85 | $619.65 |
| 2 | | Condensed Transcript | Pages | 162 | $0.25 | $4.05 | $38.45 |
| 3 | | Transcript in e-Tran Format | Disk | 1.00 | $20.00 | $2.00 | $18.00 |
| 4 | | Appearance (Hourly Ext) | Hours | 3.00 | $50.00 | $15.00 | $135.00 |

1. Case Name: _It C 2741 Mitchell_
2. Case Number: _11 C 2741_
3. Client Dept.: _Police_
4. Atty Signature: _Smith_
5. Date Approved: _1-6-13_
6. Law Dept. Division: _____

DEC 30 2013

**Comments:**

NET 30 DAYS @ 1.5%    225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity."

| | |
|---|---|
| Sub Total | $809.10 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $809.10 |
| Payment | $0.00 |
| **Balance Due** | $809.10 |

Federal Tax I.D.: 36-3368198    Terms: Net 30 Days @ 1.5%

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

**Bill To:**
Mr. Scott J. Jebson
Stephen R. Patton Corporation Counsel - FCR
Federal Civil Rights Division
30 N LaSalle St
Ste 900
Chicago, IL 60602

**Deliver To:**
Mr. Scott J. Jebson
Stephen R. Patton Corporation Counsel - FCR
Federal Civil Rights Division
30 N LaSalle St
Ste 900
Chicago, IL 60602

## Invoice

Invoice #: 89284
Inv.Date: 12/23/2013
Balance: $809.10
Job #: 131122NMC
Job Date: 11/22/2013
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

REMIT PAYMENT TO:
URLAUB BOWEN & ASSOCIATES, INC.
PO BOX 64637
CHICAGO, IL 60664-0637





# Urlaub Bowen & Associates, Inc.

20 N. Clark Street
Suite 1260
Chicago, IL 60602-4189
Phone: (312) 781-9586    Fax: (312) 781-9228

Job #: 121003CCS
Job Date: 10/03/2012
Order Date: 10/03/2012
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

| | |
|---|---|
| Invoice #: | 84699 |
| Inv.Date: | 10/16/2012 |
| Balance: | $109.12 |

**Bill To:**
Ms. Caroline J. Fronczak
Stephen R. Patton Corporation Counsel - FCR
Federal Civil Rights Division
30 N LaSalle St
Ste 900
Chicago, IL 60602

Action: **Mitchell, Octavia**
vs
**City of Chicago**
Action #: **11 C 2741**
Rep: **CCS**
Cert: **084-003543**

**FILE COPY**

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt. | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Lisa Wyatt-STATEMENT ON RECORD | Original Certified Transcript | Pages | 5 | $4.25 | $2.13 | $19.12 |
| 2 | | Appearance 2 Hr Minimum | Session | 1.00 | $100.00 | $10.00 | $90.00 |

OCT 2 3 2012

1. Case Name: *Octavia Mitchell*
2. Case Number: *11C 2741*
3. Client Dept: *Police*
4. Atty Signature: *(signature)*
5. Date Approved: *10/24/12*
6. Law Dept. Division: *FCRL*

**Comments:**

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity."

| | |
|---|---|
| Sub Total | $109.12 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $109.12 |
| Payment | $0.00 |
| Balance Due | $109.12 |

| Federal Tax I.D.: 36-3368198 | Terms: Net 30 Days @ 1.5% |
|---|---|

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

---

**Bill To:**
Ms. Caroline J. Fronczak
Stephen R. Patton Corporation Counsel - FCR
Federal Civil Rights Division
30 N LaSalle St
Ste 900
Chicago, IL 60602

**Deliver To:**
Ms. Caroline J. Fronczak
Stephen R. Patton Corporation Counsel - FCR
Federal Civil Rights Division
30 N LaSalle St
Ste 900
Chicago, IL 60602

# Invoice

| | |
|---|---|
| Invoice #: | 84699 |
| Inv.Date: | 10/16/2012 |
| Balance: | $109.12 |
| Job #: | 121003CCS |
| Job Date: | 10/03/2012 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |
| Your Client: | |

REMIT PAYMENT TO:
URLAUB BOWEN & ASSOCIATES, INC.
PO BOX 64637
CHICAGO, IL 60664-0637

  

# Urlaub Bowen & Associates, Inc.

20 N. Clark Street
Suite 1260
Chicago, IL 60602-4189
Phone: (312) 781-9586   Fax: (312) 781-9228

Job #: 121115CCS
Job Date: 11/15/2012
Order Date: 11/15/2012
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:



**Invoice #:** 85287
**Inv.Date:** 12/13/2012
**Balance:** $681.07

**Bill To:**
Ms. Caroline J. Fronczak
Stephen R. Patton Corporation Counsel - FCR
Federal Civil Rights Division
30 N LaSalle St
Ste 900
Chicago, IL 60602

Action: **Mitchell, Octavia**
vs
**City of Chicago**   **FILE COPY**
Action #: **11 C 2741**
Rep: **CCS**
Cert: **084-003543**

| Item | Proceeding/Witness | Description | Units | Quantity | | Amount |
|------|--------------------|-------------|-------|----------|---|--------|
| 1 | Latrice Henderson | Original Certified Transcript | Pages | 35 | | $133.87 |
| 2 | Courtney Ayers | Original Certified Transcript | Pages | 96 | | $367.20 |
| 3 | | Appearance (Hourly Ext) | Hours | 4.00 | | $180.00 |

1. Case Name: _Mitchell_
2. Case Number: _11-3-2411_
3. Client Dept: _paid_
4. Atty Signature: _____
5. Date Approved: _1/3/12_
6. Law Dept. Division: _FCR_

DEC 19 2012

**Comments:**

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity."

| | |
|---|---|
| Sub Total | $681.07 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | **$681.07** |
| Payment | $0.00 |
| **Balance Due** | **$681.07** |

| Federal Tax I.D.: 36-3368198 | Terms: Net 30 Days @ 1.5% | |

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

**Bill To:**
Ms. Caroline J. Fronczak
Stephen R. Patton Corporation Counsel - FCR
Federal Civil Rights Division
30 N LaSalle St
Ste 900
Chicago, IL 60602

**Deliver To:**
Ms. Caroline J. Fronczak
Stephen R. Patton Corporation Counsel - FCR
Federal Civil Rights Division
30 N LaSalle St
Ste 900
Chicago, IL 60602

**Invoice**

REMIT PAYMENT TO:
URLAUB BOWEN & ASSOCIATES, INC.
PO BOX 64637
CHICAGO, IL 60664-0637

  

**Invoice #:** 85287
**Inv.Date:** 12/13/2012
**Balance:** $681.07
**Job #:** 121115CCS
**Job Date:** 11/15/2012
**DB Ref.#:**
**Date of Loss:** / /
**Your File #:**
**Your Client:**

**CITY OF CHICAGO**
**DEPARTMENT OF LAW**

**Legal Disbursement Account**
**Check Request Form**

AMOUNT: $ 191.00          DATE: May 24, 2012

PURPOSE:  ☑  Subpoena Fee (Code 0007)
          ☐  Summons Fee (Code 0012)

Witness Name: **Aaron Horn**

Witness Address: 10023 Bunkum Rd., Fairview Heights, IL 62208

          ☐  Filing Fees & Arbitration Rejections – Circuit Court (Code 0013)
          ☐  Filing Fees & Bond Removals – Other Than Circuit Court (Code 0008)
          ☐  Other / Special Circumstance (must be approved by Administrative
             Deputy or Director of Administration)

PAYABLE TO:        Aaron Horn

REQUESTED BY:      Caroline Fronczak

AUTHORIZATION:     _[signature]_

DIVISION:          FCRL

CASE # / MATTER NAME:   Octavia Mitchell, et al., 11 C 4947

CLIENT DEPARTMENT:      Police

**SUBMIT FORM TO ANTHONY CANNON (744-1038), 33 N. LASALLE – SECOND FLOOR, FOR PROCESSING.  CONTACT ADMINISTRATIVE SERVICES (744-8971 / 744-7375) IF UNAVAILABLE.**

CHECK # (PROCESSING ONLY): _____     (PICK-UP / INITIAL): _____

⚙ **Administrative Services Division** ⚙

*Rec'd 2/18/14*



TRIALVISION/DEPOVISION LTD●

February 14, 2014

Scott J. Jebson Esq.
Asst. Corp. Csl., City of Chicago
30 N. LaSalle St., Ste 800
Chicago, IL. 60602

**FILE COPY**

In Re: Octavia Mitchell v City of Chicago, a municipal corporation

|                  |                     |
|------------------|---------------------|
| Case Name:       | *Octavia Mitchell*  |
| Case Number:     | *11C 2741*          |
| Client Dept:     | **Police**          |
| Atty. Signature: | *Scull*             |
| Date Approved:   | *3/12/13*           |
| Law Dept. Div.:  | **FCRL**            |

Subject: Sandra Williams

Encode the aboves Subject(s) deposition(s) to MPEG-2 and
burn to DVD disc(s).

|           |        |        |
|-----------|--------|--------|
|           |        | 140.00 |
| Shipping: |        | 0.00   |
|           |        | ---------- |
|           | Total Due $ | 140.00 |

*Sull*

Please remit a copy of the bill with payment          INV.# 24875

# Urlaub Bowen & Associates, Inc.

20 N. Clark Street
Suite 1260
Chicago, IL 60602-4189

Phone: (312) 781-9586    Fax: (312) 781-9228

Job #: 140224NDB
Job Date: 02/24/2014
Order Date: 02/24/2014
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

| | |
|---|---|
| **Invoice #:** | 89819 |
| **Inv.Date:** | 02/27/2014 |
| **Balance:** | $359.01 |

**Bill To:**
Mr. Scott J. Jebson
Stephen R. Patton Corporation Counsel - FCR
Federal Civil Rights Division
30 N LaSalle St
Ste 900
Chicago, IL 60602

*Action:* **Mitchell, Octavia**
vs
**City of Chicago**

*Action #:* **11 C 2741**

*Rep:* **NDB**

*Cert:* **084-1660**

**FILE COPY**

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt. | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Mitra Kalekar, M.D. | Original Certified Transcript | Pages | 61 | $4.90 | $29.89 | $269.01 |
| 2 | | Appearance 2 Hr Minimum | Session | 1.00 | $100.00 | $10.00 | $90.00 |

1. Case Name: *Mitchell v. city*
2. Case Number: *11 C 2741*
3. Client Dept: *Police*
4. Atty Signature: *Sutton*
5. Date Approved: *3-12-14*
6. Law Dept. Division: *FCRL*

MAR 0 4 2014

**Comments:**

NET 30 DAYS @ 1.5%    225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity."

| | |
|---|---|
| Sub Total | $359.01 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $359.01 |
| Payment | $0.00 |
| Balance Due | $359.01 |

Federal Tax I.D.: 36-3368198    Terms: Net 30 Days @ 1.5%

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

---

**Bill To:**
Mr. Scott J. Jebson
Stephen R. Patton Corporation Counsel - FCR
Federal Civil Rights Division
30 N LaSalle St
Ste 900
Chicago, IL 60602

**Deliver To:**
Mr. Scott J. Jebson
Stephen R. Patton Corporation Counsel - FCR
Federal Civil Rights Division
30 N LaSalle St
Ste 900
Chicago, IL 60602

**Invoice**

| | |
|---|---|
| **Invoice #:** | 89819 |
| **Inv.Date:** | 02/27/2014 |
| **Balance:** | $359.01 |
| **Job #:** | 140224NDB |
| **Job Date:** | 02/24/2014 |
| **DB Ref.#:** | |
| **Date of Loss:** | / / |
| **Your File #:** | |
| **Your Client:** | |

REMIT PAYMENT TO:
URLAUB BOWEN & ASSOCIATES, INC.
PO BOX 64637
CHICAGO, IL 60664-0637

  

**DOROTHY BROWN**
CLERK OF THE CIRCUIT COURT



Criminal Division
2650 South California Avenue
Room 526
Chicago, Illinois 60608
(773) 674-4483
FAX (773) 674-4511
www.cookcountyclerkofcourt.org

## OFFICE OF THE CLERK OF THE CIRCUIT COURT OF COOK COUNTY

May 4, 2012

Jill Antonucci White

Re: Izael Jackson
Case Number(s): 09cr0857901
Reference Number: 95702

Following a review of your request, it has been determined that a mandatory statutory
fee in the amount of $26.25 will be required. Acceptable forms of payment include a
check or money order. Credit card and cash are also acceptable if payment is made in
person. Upon receipt of your payment the request will be processed. Remit your
payment to the Clerk of the Circuit Court, located at 2650 South California Avenue,
Chicago, Illinois 60608. Please include the Invoice Copy of this letter when submitting
your payment.

For information regarding the mandatory fees, please refer to Illinois Compiled Statutes,
705 ILCS 105/27.2a, 105/27.3a, 105/27.3c. Copies of the fee schedules are available
in the various offices of the Clerk of the Circuit Court of Cook County and may be found
on the website, www.cookcountycourt.org.

Sincerely,

*Dorothy Brown*

Clerk of the Circuit Court of Cook County, Illinois

By: _____ Deputy Clerk
CCCR E-27-10/18/11. Correspondence Payment Request.

Cc: Invoice Copy

ACC: Kathryn Doi/Caroline Fronczak
Octavia Mitchell, 11 C 2741
Police                    Cnanga
FCRL

# Urlaub Bowen & Associates, Inc.

20 N. Clark Street
Suite 1260
Chicago, IL 60602-4189
Phone: (312) 781-9586    Fax: (312) 781-9228

**Job #:** 120605SAK
**Job Date:** 06/05/2012
**Order Date:** 06/05/2012
**DB Ref.#:**
**Date of Loss:** / /
**Your File #:**
**Your Client:**

# Invoice

**Invoice #:** 83494
**Inv.Date:** 06/22/2012
**Balance:** $342.90

---

**Bill To:**
Mr. Scott J. Jebson
Stephen R. Patton Corporation Counsel - FCR
Federal Civil Rights Division
30 N LaSalle St
Ste 900
Chicago, IL 60602

**Action:** Mitchell, Octavia
vs
City of Chicago
**Action #:** 11 C 2741
**Rep:** SAK
**Cert:** 084-002346

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt. | Amount |
|------|-------------------|-------------|-------|----------|-------|-----------|--------|
| 1 | Peggy A. Konrath | Original Certified Transcript | Pages | 58 | $4.25 | $24.65 | $221.85 |
| 2 | | Condensed Transcript | Pages | 58 | $0.25 | $1.45 | $13.05 |
| 3 | | Transcript in e-Tran Format | Disk | 1.00 | $20.00 | $2.00 | $18.00 |
| 4 | | Appearance 2 Hr Minimum | Session | 1.00 | $100.00 | $10.00 | $90.00 |

1. Case Name: _Mitchell_
2. Case Number: _11 C 2741_
3. Client Dept: _CPD_
4. Atty Signature: _[signature]_
5. Date Approved: _7/5/12_
6. Law Dept. Division: _FCRLD_

JUL 0 2 2012

**Comments:**

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity."

| | |
|---|---|
| Sub Total | $342.90 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $342.90 |
| Payment | $0.00 |
| Balance Due | $342.90 |

**Federal Tax I.D.:** 36-3368198    **Terms:** Net 30 Days @ 1.5%

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

---

**Bill To:**
Mr. Scott J. Jebson
Stephen R. Patton Corporation Counsel - FCR
Federal Civil Rights Division
30 N LaSalle St
Ste 900
Chicago, IL 60602

**Deliver To:**
Mr. Scott J. Jebson
Stephen R. Patton Corporation Counsel - FCR
Federal Civil Rights Division
30 N LaSalle St
Ste 900
Chicago, IL 60602

# Invoice

**Invoice #:** 83494
**Inv.Date:** 06/22/2012
**Balance:** $342.90
**Job #:** 120605SAK
**Job Date:** 06/05/2012
**DB Ref.#:**
**Date of Loss:** / /
**Your File #:**
**Your Client:**

REMIT PAYMENT TO:
URLAUB BOWEN & ASSOCIATES, INC.
PO BOX 64637
CHICAGO, IL 60664-0637

  

# Urlaub Bowen & Associates, Inc.

20 N. Clark Street
Suite 1260
Chicago, IL 60602-4189
Phone: (312) 781-9586     Fax: (312) 781-9228

Job #: 120612ST
Job Date: 06/12/2012
Order Date: 06/12/2012
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

| | |
|---|---|
| **Invoice #:** | 83589 |
| **Inv.Date:** | 06/29/2012 |
| **Balance:** | $468.44 |

**Bill To:**
Mr. Scott J. Jebson
Stephen R. Patton Corporation Counsel - FCR
Federal Civil Rights Division
30 N LaSalle St
Ste 900
Chicago, IL 60602

**Action:** Mitchell, Octavia
*vs*
**City of Chicago**
**Action #:** 11 C 2741
**Rep:** ST
**Cert:**

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt. | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Aaron Horn | Original Certified Transcript | Pages | 89 | $4.25 | $37.83 | $340.42 |
| 2 | | Condensed Transcript | Pages | 89 | $0.25 | $2.23 | $20.02 |
| 3 | | Transcript in e-Tran Format | Disk | 1.00 | $20.00 | $2.00 | $18.00 |
| 4 | | Appearance 2 Hr Minimum | Session | 1.00 | $100.00 | $10.00 | $90.00 |

1. Case Name: *Mitchell*
2. Case Number: *11 C 2741*
3. Client Dept: *CBD*
4. Atty Signature: *[signature]*
5. Date Approved: *7/3/12*
6. Law Dept. Division: *FCRLD*

**Comments:**

JUL 02 2012

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity."

*Federal Tax I.D.:* 36-3368198      Terms: Net 30 Days @ 1.5%

| | |
|---|---|
| Sub Total | $468.44 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $468.44 |
| Payment | $0.00 |
| **Balance Due** | $468.44 |

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

**Bill To:**
Mr. Scott J. Jebson
Stephen R. Patton Corporation Counsel - FCR
Federal Civil Rights Division
30 N LaSalle St
Ste 900
Chicago, IL 60602

**Deliver To:**
Mr. Scott J. Jebson
Stephen R. Patton Corporation Counsel - FCR
Federal Civil Rights Division
30 N LaSalle St
Ste 900
Chicago, IL 60602

# Invoice

| | |
|---|---|
| **Invoice #:** | 83589 |
| **Inv.Date:** | 06/29/2012 |
| **Balance:** | $468.44 |
| **Job #:** | 120612ST |
| **Job Date:** | 06/12/2012 |
| **DB Ref.#:** | |
| **Date of Loss:** | / / |
| **Your File #:** | |
| **Your Client:** | |

REMIT PAYMENT TO:
URLAUB BOWEN & ASSOCIATES, INC.
PO BOX 64637
CHICAGO, IL 60664-0637

  

# Urlaub Bowen & Associates, Inc.

20 N. Clark Street
Suite 1260
Chicago, IL 60602-4189
Phone: (312) 781-9586    Fax: (312) 781-9228

Job #: 120618NLB
Job Date: 06/18/2012
Order Date: 06/18/2012
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

Invoice #: 83686
Inv.Date: 07/10/2012
Balance: $302.40

---

**Bill To:**
Mr. Scott J. Jebson
Stephen R. Patton Corporation Counsel - FCR
Federal Civil Rights Division
30 N LaSalle St
Ste 900
Chicago, IL 60602

*Action:* **Mitchell, Octavia**
vs
**City of Chicago**
*Action #:* 11 C 2741
*Rep:* NLB
*Cert:*

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt. | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Ellen Chapman | Original Certified Transcript | Pages | 48 | $4.25 | $20.40 | $183.60 |
| 2 | | Condensed Transcript | Pages | 48 | $0.25 | $1.20 | $10.80 |
| 3 | | Transcript in e-Tran Format | Disk | 1.00 | $20.00 | $2.00 | $18.00 |
| 4 | | Appearance 2 Hr Minimum | Session | 1.00 | $100.00 | $10.00 | $90.00 |

1. Case Name: *Mitchell*
2. Case Number: *11 C 2741*
3. Client Dept: *CPD*
4. Atty Signature: *(signature)*
5. Date Approved: *7/23/12*
6. Law Dept. Division: *FCRLD*

JUL 1 6 2012

**Comments:**

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity."

Federal Tax I.D.: 36-3368198

Terms: Net 30 Days @ 1.5%

| | |
|---|---|
| Sub Total | $302.40 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $302.40 |
| Payment | $0.00 |
| **Balance Due** | $302.40 |

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

---

**Bill To:**
Mr. Scott J. Jebson
Stephen R. Patton Corporation Counsel - FCR
Federal Civil Rights Division
30 N LaSalle St
Ste 900
Chicago, IL 60602

**Deliver To:**
Mr. Scott J. Jebson
Stephen R. Patton Corporation Counsel - FCR
Federal Civil Rights Division
30 N LaSalle St
Ste 900
Chicago, IL 60602

# Invoice

Invoice #: 83686
Inv.Date: 07/10/2012
Balance: $302.40
Job #: 120618NLB
Job Date: 06/18/2012
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

**REMIT PAYMENT TO:**
URLAUB BOWEN & ASSOCIATES, INC.
PO BOX 64637
CHICAGO, IL 60664-0637

  

# Urlaub Bowen & Associates, Inc.

20 N. Clark Street
Suite 1260
Chicago, IL 60602-4189
Phone: (312) 781-9586    Fax: (312) 781-9228

Job #: 120731NMC
Job Date: 07/31/2012
Order Date: 07/31/2012
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

| | |
|---|---|
| **Invoice #:** | 84236 |
| **Inv.Date:** | 08/30/2012 |
| **Balance:** | $604.80 |

**Bill To:**
Ms. Caroline J. Fronczak
Stephen R. Patton Corporation Counsel - FCR
Federal Civil Rights Division
30 N LaSalle St
Ste 900
Chicago, IL 60602

**Action:** Mitchell, Octavia
vs
**City of Chicago**
**Action #:** 11 C 2741
**Rep:** NMC
**Cert:** 084-004744

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt. | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Octavia Mitchell | Original Certified Transcript | Pages | 124 | $4.25 | $52.70 | $474.30 |
| 2 | | Transcript in e-Tran Format | Disk | 1.00 | $20.00 | $2.00 | $18.00 |
| 3 | | Appearance (Hourly Ext) | Hours | 2.50 | $50.00 | $12.50 | $112.50 |

1. Case Name: *Mitchell*
2. Case Number: *11 C 2741*
3. Client Dept: *CPD*
4. Atty Signature: *[signature]*
5. Date Approved: *9/6/12*
6. Law Dept. Division: *FCRLD*

**SEP 0 4 2012**

**Comments:**

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity."

| | |
|---|---|
| Sub Total | $604.80 |
| Shipping | $0.00 |
| Tax | **N/A** |
| **Total Invoice** | $604.80 |
| Payment | $0.00 |
| **Balance Due** | $604.80 |

**Federal Tax I.D.:** 36-3368198    **Terms:** Net 30 Days @ 1.5%

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

---

**Bill To:**
Ms. Caroline J. Fronczak
Stephen R. Patton Corporation Counsel - FCR
Federal Civil Rights Division
30 N LaSalle St
Ste 900
Chicago, IL 60602

**Deliver To:**
Ms. Caroline J. Fronczak
Stephen R. Patton Corporation Counsel - FCR
Federal Civil Rights Division
30 N LaSalle St
Ste 900
Chicago, IL 60602

# Invoice

| | |
|---|---|
| **Invoice #:** | 84236 |
| **Inv.Date:** | 08/30/2012 |
| **Balance:** | $604.80 |
| **Job #:** | 120731NMC |
| **Job Date:** | 07/31/2012 |
| **DB Ref.#:** | |
| **Date of Loss:** | / / |
| **Your File #:** | |
| **Your Client:** | |

REMIT PAYMENT TO:
URLAUB BOWEN & ASSOCIATES, INC.
PO BOX 64637
CHICAGO, IL 60664-0637

  

# Urlaub Bowen & Associates, Inc.

20 N. Clark Street
Suite 1260
Chicago, IL 60602-4189
Phone: (312) 781-9586     Fax: (312) 781-9228

Job #: 120726MY
Job Date: 07/26/2012
Order Date: 07/26/2012
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

## Invoice

| | |
|---|---|
| Invoice #: | 84252 |
| Inv.Date: | 08/31/2012 |
| Balance: | $649.34 |

**Bill To:**
Ms. Caroline J. Fronczak
Stephen R. Patton Corporation Counsel - FCR
Federal Civil Rights Division
30 N LaSalle St
Ste 900
Chicago, IL 60602

Action: **Mitchell, Octavia**
vs
**City of Chicago**
Action #: **11 C 2741**
Rep: **MY**
Cert: **084-003537**

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt. | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Squavette Wilson | Original Certified Transcript | Pages | 53 | $4.25 | $22.53 | $202.72 |
| 2 | | Condensed Transcript | Pages | 53 | $0.25 | $1.33 | $11.92 |
| 3 | | Transcript in e-Tran Format | Disk | 1.00 | $20.00 | $2.00 | $18.00 |
| 4 | | Appearance 2 Hr Minimum AM Dep | Session | 1.00 | $100.00 | $10.00 | $90.00 |
| 5 | | | | | | | |
| 6 | Larenda Beemon | Original Certified Transcript | Pages | 54 | $4.25 | $22.95 | $206.55 |
| 7 | | Condensed Transcript | Pages | 54 | $0.25 | $1.35 | $12.15 |
| 8 | | Transcript in e-Tran Format | Disk | 1.00 | $20.00 | $2.00 | $18.00 |
| 9 | | Appearance 2 Hr Minimum PM Dep | Session | 1.00 | $100.00 | $10.00 | $90.00 |

1. Case Name: _Mitchell_
2. Case Number: _11 C 2741_
3. Client Dept: _CBD_
4. Atty Signature: _[signature] 9/4/12_
5. Date Approved:
6. Law Dept. Division: _FCRLD_

**Comments:**

SEP 0 4 2012

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity."

| | |
|---|---|
| Sub Total | $649.34 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $649.34 |
| Payment | $0.00 |
| Balance Due | $649.34 |

Federal Tax I.D.: 36-3368198     Terms: Net 30 Days @ 1.5%

*Please KEEP THIS PART for YOUR RECORDS.*

*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

---

**Bill To:**
Ms. Caroline J. Fronczak
Stephen R. Patton Corporation Counsel - FCR
Federal Civil Rights Division
30 N LaSalle St
Ste 900
Chicago, IL 60602

**Deliver To:**
Ms. Caroline J. Fronczak
Stephen R. Patton Corporation Counsel - FCR
Federal Civil Rights Division
30 N LaSalle St
Ste 900
Chicago, IL 60602

## Invoice

| | |
|---|---|
| Invoice #: | 84252 |
| Inv.Date: | 08/31/2012 |
| Balance: | $649.34 |
| Job #: | 120726MY |
| Job Date: | 07/26/2012 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |
| Your Client: | |

REMIT PAYMENT TO:
URLAUB BOWEN & ASSOCIATES, INC.
PO BOX 64637
CHICAGO, IL 60664-0637

  

# Urlaub Bowen & Associates, Inc.

20 N. Clark Street
Suite 1260
Chicago, IL 60602-4189

Phone: (312) 781-9586    Fax: (312) 781-9228

Job #: 120813NMC
Job Date: 08/13/2012
Order Date: 08/13/2012
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

| | |
|---|---|
| **Invoice #:** | 84355 |
| **Inv.Date:** | 09/12/2012 |
| **Balance:** | $254.47 |

**Bill To:**
Ms. Caroline J. Fronczak
Stephen R. Patton Corporation Counsel - FCR
Federal Civil Rights Division
30 N LaSalle St
Ste 900
Chicago, IL 60602

**Action:** Mitchell, Octavia
vs
City of Chicago
**Action #:** 11 C 2741
**Rep:** NMC
**Cert:** 084-004744

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt. | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Bertha Smallwood | Original Certified Transcript | Pages | 43 | $4.25 | $18.28 | $164.47 |
| 2 | | Appearance 2 Hr Minimum | Session | 1.00 | $100.00 | $10.00 | $90.00 |

1. Case Name: *Mitchell*
2. Case Number: *11 C 2741*
3. Client Dept: *CPD*
4. Atty Signature: *[signature]*
5. Date Approved: *9/21/12*
6. Law Dept. Division: *FCRD*

SEP 18 2012

**Comments:**

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity."

Federal Tax I.D.: 36-3368198

Terms: Net 30 Days @ 1.5%

| | |
|---|---|
| Sub Total | $254.47 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $254.47 |
| Payment | $0.00 |
| Balance Due | $254.47 |

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

**Bill To:**
Ms. Caroline J. Fronczak
Stephen R. Patton Corporation Counsel - FCR
Federal Civil Rights Division
30 N LaSalle St
Ste 900
Chicago, IL 60602

**Deliver To:**
Ms. Caroline J. Fronczak
Stephen R. Patton Corporation Counsel - FCR
Federal Civil Rights Division
30 N LaSalle St
Ste 900
Chicago, IL 60602

# Invoice

**Invoice #:** 84355
**Inv.Date:** 09/12/2012
**Balance:** $254.47
Job #: 120813NMC
Job Date: 08/13/2012
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

REMIT PAYMENT TO:
URLAUB BOWEN & ASSOCIATES, INC.
PO BOX 64637
CHICAGO, IL 60664-0637

  



**PATTI BLAIR**
**COURT REPORTERS, PC.**

**REMIT TO:**

Patti Blair Court Reporters, P.C.
105 West Adams
Suite 2500
Chicago, Illinois 60603

Phone: (312) 782-8376
Fax: (312) 782-8377

ANGIE FUENTES
CORPORATION COUNSEL
30 NORTH LASALLE STREET
SUITE 1720
CHICAGO, IL 60602

# INVOICE

37340

---

| DATE | CLIENT | FILE |
|------|--------|------|
| 11/14/2012 | 801 | OCTAVIA MITCHELL VS. CITY OF CHICAGO |

ATTORNEY - CAROLINE FRONCZAK

REPORTER APPEARANCE & ORIGINAL TRANSCRIPT - ISAAC BELL
2 HOUR MINIMUM @ 100.00                     100.00
41 PAGES @ 4.25                             174.25

NOV 2 7 2012

1. Case Name: _Mitchell_
2. Case Number: _11-2741_
3. Client Dept: _Police_
4. Atty Signature: _Mangad_
5. Date Approved: _11/28/12_
6. Law Dept. Division: _CCPL_

Total Amount: 274.25

10% City of Chicago Discount: -27.42

Less Paid To Date: 0.00

Total Due: 246.83

Tax Number: 36-3304432

---

Method of Payment:
☐ Check Enclosed
  Please make check payable to: Patti Blair Court Reporters, P.C.

☐ Charge my credit card:
  ☐ Visa
  ☐ Mastercard

☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐   ☐☐☐☐
Credit Card #                          Expiration Date
There will be a $10.00 service fee applied to all credit card payments

Signature (as it appears on your card)

Print Name (as it appears on your card)

Daytime Phone:

# McGee Court Reporting Services and 3-2-1 Legal Video

# Invoice

79 W. Monroe
Suite 1011
Chicago, IL 60603

(T) 312/263-2881     (F) 312/263-3637

| Date | Invoice # |
|------|-----------|
| 9/13/2012 | 2225 |

| Bill To |
|---------|
| Caroline Fronczak, Esq.<br>Assistant Corporation Counsel, Dept. of L<br>Federal Civil Rights Litigation<br>30 North LaSalle Street<br>Chicago, Illinois 60602 |

| | Due Date |
|---|----------|
| EIN # 36-4426587 | 9/13/2012 |

| Serviced | Item | Professional Services Rendered as Follows | Hrs/pgs | Rate | Amount |
|----------|------|-------------------------------------------|---------|------|--------|
| 7/30/2012 | Transcript (C... | By:   Izetta White-McGee, CSR<br><br>RE:   Octavia Mitchell, et al vs. P. O.<br>Jesse W. Belcher, et al<br>Case No. 11 C 02741<br>Deposition of Francisco Gonzalez<br><br>Transcript of Proceedings<br>Copy/Regular Delivery | 42 | 2.75 | 115.50 |
| | Transcript (C... | Transcript of Proceedings<br>Copy/Regular Delivery<br>   Deposition of Serg. James Cascone | 78 | 2.75 | 214.50 |
| | Transcript (C... | Transcript of Proceedings<br>Copy/Regular Delivery<br>   Deposition of Officer Jesse Belcher | 50 | 2.75 | 137.50 |
| 9/12/2012 | Attendance (... | By:   Izetta White-McGee, CSR<br><br>RE:   Octavia Mitchell, et al vs. P. O.<br>Jesse W. Belcher, et al<br>Case No. 11 C 02741<br>Deposition of Eva Lesnicki<br><br>Attendance/Cancellation | 2.5 | 50.00 | 125.00 |

FCRL
police
CE 9/24/12

It is our pleasure to serve your court reporting needs.

**Total**  $592.50

# *LaSalle Process Servers L.P.*

**29 S. LaSalle St.  Suite 956**
**Chicago, Illinois 60603**
**Phone: 312-263-0620**
**FEIN# 36-4247052**

# Invoice

| DATE | INVOICE # |
| --- | --- |
| 9/28/2012 | 46912 |

BILL TO
City of Chicago
30 N. LaSalle Street
Suite ~~1400~~ *906*
Chicago, Illinois  60602
Attn:Jill Antonucci White

CASE INFO
Octavia Mitchell
vs.
City of Chicago, et al.
11 c 2741

2012 SEP 28  PM 4:24

| DESCRIPTION | AMOUNT |
| --- | --- |
| Services Rendered | 139.00 |
| 6% Reduction | -8.34 |
| Fuel Surcharge | 6.00 |

2 Subpoenas
1. Latrice Henderson
2. Courtney Ayers
Calls at addresses given in Chicago on September 23.

CUSTOMER ACCEPTS AND ACKNOWLEDGES ALL INVOICES AS
CORRECT UNLESS NOTICE IS GIVEN TO LASALLE PROCESS
SERVERS L.P. WITHIN FIFTEEN (15) DAYS OF PRESENTATION.

ALL FEES AND CHARGES ARE BASED UPON PROMPT PAYMENT.

ALL INVOICES MUST BE PAID IN FULL WITHIN 90 DAYS.  IF ANY
INVOICE REMAINS UNPAID AFTER THE 90-DAY PERIOD, ALL
SERVICES WILL BE SUSPENDED UNTIL THE BALANCE HAS BEEN
PAID IN FULL.

CHECK OUT OUR WEB SITE WWW.LASALLEPROCESSSERVERS.COM
ILLINOIS PRIVATE DETECTIVE LICENSE #117-001432

THANK YOU FOR YOUR BUSINESS. PLEASE REMIT IN 30
DAYS.

**Total**

$136.66

# LaSalle Process Servers L.P.

**29 S. LaSalle St.  Suite 956**
**Chicago, Illinois 60603**
**Phone: 312-263-0620**
**FEIN# 36-4247052**

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/3/2012 | 46938 |

BILL TO
City of Chicago
30 N. LaSalle Street
Suite 1400
Chicago, Illinois 60602
Attn:Caroline Fronczak

CASE INFO
Octavia Mitchell, et al.
vs.
City of Chicago, et al.
11 C 2741

OCT 0 4 2012

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Services Rendered | 180.00 |
| 6% Reduction | -10.80 |
| Witness fees advanced | 50.00 |
| | |
| Subpoena | |
| Taza Williams | |
| Call at address given in Madison, WI | |
| FedEx. | |

1. Case Name: _Mitchell v City_
2. Case Number: _11 C 2741_
3. Client Dept: _CPD_
4. Atty Signature: _[signature]_
5. Date Approved: _10/10/12_
6. Law Dept. Division: _FCRL_

CUSTOMER ACCEPTS AND ACKNOWLEDGES ALL INVOICES AS
CORRECT UNLESS NOTICE IS GIVEN TO LASALLE PROCESS
SERVERS L.P. WITHIN FIFTEEN (15) DAYS OF PRESENTATION.

ALL FEES AND CHARGES ARE BASED UPON PROMPT PAYMENT.

ALL INVOICES MUST BE PAID IN FULL WITHIN 90 DAYS.  IF ANY
INVOICE REMAINS UNPAID AFTER THE 90-DAY PERIOD, ALL
SERVICES WILL BE SUSPENDED UNTIL THE BALANCE HAS BEEN
PAID IN FULL.

CHECK OUT OUR WEB SITE WWW.LASALLEPROCESSSERVERS.COM
ILLINOIS PRIVATE DETECTIVE LICENSE #117-001432

THANK YOU FOR YOUR BUSINESS. PLEASE REMIT IN 30
DAYS.

**Total**

$219.20

# *LaSalle Process Servers L.P.*

**Invoice**

**29 S. LaSalle St.  Suite 956**
**Chicago, Illinois 60603**
**Phone: 312-263-0620**
**FEIN# 36-4247052**

| DATE | INVOICE # |
|---|---|
| 10/8/2012 | 46981 |

BILL TO
City of Chicago
30 N. LaSalle Street
Suite 1400
Chicago, Illinois  60602
Attn:Jill Antonucci White

CASE INFO
Octavia Mitchell
vs.
City of Chicago, et al.
11 c 2741

| DESCRIPTION | AMOUNT |
|---|---|
| Services Rendered | 217.00 |
| 6% Reduction | -13.02 |
| Fuel Surcharge | 15.00 |

Subpoena
Amber White
Calls at address given in Chicago on September 24, 25, 28 & 29.

CUSTOMER ACCEPTS AND ACKNOWLEDGES ALL INVOICES AS
CORRECT UNLESS NOTICE IS GIVEN TO LASALLE PROCESS
SERVERS L.P. WITHIN FIFTEEN (15) DAYS OF PRESENTATION.

ALL FEES AND CHARGES ARE BASED UPON PROMPT PAYMENT.

ALL INVOICES MUST BE PAID IN FULL WITHIN 90 DAYS.  IF ANY
INVOICE REMAINS UNPAID AFTER THE 90-DAY PERIOD, ALL
SERVICES WILL BE SUSPENDED UNTIL THE BALANCE HAS BEEN
PAID IN FULL.

CHECK OUT OUR WEB SITE WWW.LASALLEPROCESSSERVERS.COM
ILLINOIS PRIVATE DETECTIVE LICENSE #117-001432

THANK YOU FOR YOUR BUSINESS. PLEASE REMIT IN 30
DAYS.

Fake police
of 10/11/12

**Total**  $218.98

approved
Caroline Franczah

# LaSalle Process Servers L.P.

**Invoice**

**29 S. LaSalle St.  Suite 956**
**Chicago, Illinois 60603**
**Phone: 312-263-0620**
**FEIN# 36-4247052**

| DATE | INVOICE # |
|---|---|
| 9/28/2012 | 46913 |

2012 SEP 28 PM 4: 24

BILL TO

City of Chicago
30 N. LaSalle Street
Suite 1400 900
Chicago, Illinois  60602
Attn:Jill Antonucci White

CASE INFO

Octavia Mitchell
vs.
City of Chicago, et al.
11 c 2741

| DESCRIPTION | AMOUNT |
|---|---|
| Services Rendered | 872.50 |
| 6% Reduction | -52.35 |
| Witness fees advanced | 99.50 |
| Fuel Surcharge | 12.00 |
| Fuel Surcharge | 3.00 |

8 Subpoenas
1. Sandra Williams
2. Glen Pertiete
3. Lisa Wyatt
4. Matthew Fried
5. Ashley Paige White

THANK YOU FOR YOUR BUSINESS. PLEASE REMIT IN 30 DAYS.

**Total**

# *LaSalle Process Servers L.P.*

**29 S. LaSalle St.  Suite 956**
**Chicago, Illinois 60603**
**Phone: 312-263-0620**
**FEIN# 36-4247052**

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 9/28/2012 | 46913 |

BILL TO
City of Chicago
30 N. LaSalle Street
Suite 1400
Chicago, Illinois  60602
Attn:Jill Antonucci White

CASE INFO
Octavia Mitchell
vs.
City of Chicago, et al.
11 c 2741

RECEIVED
OCT 03 2012
CORPORATION COUNSEL
ADMINISTRATIVE SERVICES

| DESCRIPTION | AMOUNT |
|-------------|--------|

6. Amber Whte
7. Myomea Wilbourne
8. Ideisi Ige
Calls at addresses given in Chicago, Illinois and East Chicago, Indiana on
September 19 & 24.
Rush.

CUSTOMER ACCEPTS AND ACKNOWLEDGES ALL INVOICES AS
CORRECT UNLESS NOTICE IS GIVEN TO LASALLE PROCESS
SERVERS L.P. WITHIN FIFTEEN (15) DAYS OF PRESENTATION.

ALL FEES AND CHARGES ARE BASED UPON PROMPT PAYMENT.

ALL INVOICES MUST BE PAID IN FULL WITHIN 90 DAYS.  IF ANY
INVOICE REMAINS UNPAID AFTER THE 90-DAY PERIOD, ALL
SERVICES WILL BE SUSPENDED UNTIL THE BALANCE HAS BEEN
PAID IN FULL.

CHECK OUT OUR WEB SITE WWW.LASALLEPROCESSSERVERS.COM
ILLINOIS PRIVATE DETECTIVE LICENSE #117-001432

THANK YOU FOR YOUR BUSINESS. PLEASE REMIT IN 30
DAYS.

**Total** $934.65

# TRIALGRAPHIX.

**INVOICE**

**Please make check payable to:**

TrialGraphix, Inc.
P.O. Box 202632
Dallas, TX 75320-2632
Tax ID: 05-0538152

**Billing Inquiries:**
Telephone: 800-334-5403
Fax: 305-576-0188

**Invoice #:** IIL228121
**Client #:** C0285-05
**Date:** 10/31/2013
**Due Date:** Due Upon Receipt
**Page:** 1 of 1

Ms. Angie Fuentes, Finance Officer
City of Chicago Law Department
30 N. LaSalle
Suite #1640
Chicago, IL 60602

**Ship To/Remarks:**

FILE COPY

| Case Name: | TG Job Number: | Client Matter Number: |
|---|---|---|
| Octavia Mitchell, et al. v. City of Chicago, et al. | C23963 | |

| Description | Units/Hours | Price | Extended |
|---|---|---|---|
| Digital Video Editing | 0.50 | $185.00 | $92.50 |
| CD Creation | 10.00 | $25.00 | $250.00 |
| 36x48 Color Large Format Board ½" Mounted & Laminated | 28.00 | $267.00 | $7,476.00 |
| 30x40 Color Large Format Board ½" Mounted & Laminated | 3.00 | $230.00 | $690.00 |
| Photos | 46.00 | $3.00 | $138.00 |
| Graphic Development | 11.75 | $195.00 | $2,291.25 |
| Design Consultant | 2.00 | $245.00 | $490.00 |
| Pickup/Delivery - Local | 6.00 | $20.00 | $120.00 |
| 10% - Special Discount | 1.00 | ($1,142.78) | ($1,142.78) |

1. Case Name: _Octavia Mitchell_
2. Case Number: _11 C 2741_
3. Client Dept: _Police_
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _FCRL_

DEC 0 4 2013

**Comments:**
Req by: Scott J. Jebson, Esq.
Corporation Counsel of the City of Chicago

| | |
|---|---|
| Subtotal | $10,404.97 |
| Tax | $0.00 |
| Total | $10,404.97 |

Services rendered after 10/31/2013 will appear on your next month's invoice.



**Firm: City of Chicago Law Department**
**Case: Octavia Mitchell, et al. v. City of Chicago, et al.**
**Invoice# IIL228121**

| Description | Computer Design Time |
|---|---|
| (1) 36x48 61st Street Between Prairie and Indiana | 6.75 |
| Total Hours | 6.75 |

**Computer Design**
Computer design time charges pertain to the creation of custom graphics. TrialGraphix artists create demonstratives using sophisticated graphic design software. Each graphic is specifically tailored to the case for which it is created. The range of time required to create a demonstrative varies based on its complexity and content.

| Activity Date | Employee Name | Activity Description | Time |
|---|---|---|---|
| 10/18/2013 | Maura Sage | Editing & Quality Control | 0.25 |
| 10/21/2013 | J.D. English | Project Management | 1.00 |
| 10/22/2013 | Maura Sage | Editing & Quality Control | 0.25 |
| 10/23/2013 | Maura Sage | Editing & Quality Control | 0.25 |
| 10/23/2013 | J.D. English | Project Management | 0.50 |
| 10/24/2013 | J.D. English | Editing & Quality Control | 0.50 |
| 10/24/2013 | Maura Sage | Editing & Quality Control | 0.75 |
| 10/25/2013 | J.D. English | Project Management | 0.75 |
| 10/28/2013 | J.D. English | Editing & Quality Control | 0.75 |
| | | Total Hours | 5.00 |

**Art Director**
The Art Director manages projects from conception to completion; the role of the Art Director is to ensure the quality and consistency of client work. Time related to the Art Director pertains to conceptualizing and organizing case information, reviewing and analyzing exhibits with the creative team, consulting with the client regarding revisions to work in progress, and discussing new work that may result during the course of the project.

| | Total Graphic Development Time | | 11.75 |
|---|---|---|---|

| Activity Date | Employee Name | Activity Description | Time |
|---|---|---|---|
| 10/16/2013 | Jason Pierami | Concept Development & Document Review | 0.25 |
| 10/17/2013 | Jason Pierami | Client Meeting/ Phone Conference | 1.00 |
| 10/21/2013 | Jason Pierami | Project Management | 0.50 |
| 10/22/2013 | Jason Pierami | Project Management | 0.25 |
| | | Total Hours | 2.00 |

**Design Consultant**
The Design Consultant specializes in the creation of a visual presentation strategy to convey the essential points of your argument. Charges related to their time may include new case discussion meetings, subsequent case strategy meetings, internal creative meetings, phones conferences, document review, and concept development.