October 31, 2014

**TO:** Tracey McCullough
Court Reporter
219 South Dearborn Street
Chicago, Illinois 60604

**FROM:** Octavia Mitchell
10446 South Eberhart
Chicago, Illinois 60604
(773) 329-8939

<u>**In re: Mitchell vs. City of Chicago, et al.**</u>, No. 11-CV-2741

Please find enclosed a copy of the Order entered by Judge Sharon Johnson Coleman allowing me to proceed on appeal in forma pauperis, since I cannot afford to pay the fees associated with this appeal. Also, attached hereto is a copy of the Seventh Circuit Transcript Information Sheet and a letter addressed to you dated September 4, 2014.

My reason for contacting you is to request that you prepare the transcript of proceedings reflected on the Seventh Circuit Transcript Information Sheet. It is imperative that the transcripts be made part of the record in this appeal.

Thank you for your time, attention and much needed accommodation.

**FILED**

OCT 3 1 2014

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Sincerely,
*Octavia Mitchell*
Octavia Mitchell

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Mitchell , <br><br> Plaintiff(s), <br><br> v. <br><br> City of Chicago, et al, <br><br> Defendant(s). | Case No. 11 C 2741 <br> Judge Sharon Johnson Coleman |

## ORDER

Plaintiff's motion for leave to appeal in forma pauperis [117] is granted. Plaintiff's motion for leave to appeal in forma pauperis [114] is stricken as duplicative.

Date: 10/29/2014

/s/ Sharon Johnson Coleman
Sharon Johnson Coleman
United States District Court Judge

# SEVENTH CIRCUIT TRANSCRIPT INFORMATION SHEET

**PART I** – Must be completed by party or party's attorney pursuant to Rule 10(b) of the Federal Rules of Appellate Procedure and Rule 11(a) of the Circuit Rules. The appellant must file this form with the court reporter within 10 days of filing the notice of appeal, whether transcript is being ordered or not. (FRAP 10(b)(1)) Satisfactory arrangements with the court reporter for payment of the costs of the transcripts must also be made at that time. (FRAP 10(b)(4)) (Note: Appellees as well as appellants are expected to use this form when ordering transcripts.)

Short Title: Mitchell ETAL -vs- City of Chicago ETAL
District: Northern
D.C. Docket No.: 11-CV2741
District Judge: Sharon Johnson Coleman
Court Reporter: Tracey McCullough

☐ I am ordering transcript.
☑ I am not ordering transcript, because: See attached sheet
☐ The transcript has been prepared.

Sign below and return original and one copy to court reporter. Distribute remaining copies to the Clerk of the District Court and opposing party, retaining one copy for yourself.

Indicate proceedings for which transcript is required. Dates must be provided:

| Proceeding | Date(s) |
|---|---|
| ☐ Pretrial proceedings. Specify: | |
| ☑ Voir Dire | |
| ☑ Trial or Hearing. Specify: 3/3/2014 through 3/7/2014 | 3/3/2014 |
| ☑ Opening statement | |
| ☑ Instruction conference | |
| ☑ Closing statements | |
| ☑ Court instructions | |
| ☑ Post-trial proceedings. Specify: Rule 59 | 7/31/2014 |
| ☐ Sentencing | |
| ☐ Other proceedings. Specify: | |

Method of Payment: ☐ Cash  ☐ Check or Money Order  ☐ C.J.A. Voucher
Status of Payment: ☐ Full Payment  ☐ Partial Payment  ☑ No Payment Yet

Signature: Octavia Mitchell
Address: 10446 S. Eberhart, Chg, IL. 60628
Telephone No.: 773-329-8939
Date: 9-4-14

**PART II** – Must be completed by Court Reporter pursuant to Rule 11(b) of the Federal Rules of Appellate Procedure. By signing this Part II, the Court Reporter certifies that *satisfactory arrangements for payment* have been made.

| U.S.C.A. Docket No. | Date Order Received | Estimated Completion Date | Estimated Length |
|---|---|---|---|
| | | | |

Signature of Court Reporter:   Date:

**NOTICE:** The Judicial Conference of the United States, by its resolution of March 11, 1982, has provided that a penalty of 10 percent must apply, unless a waiver is granted by the Court of Appeals' Clerk, when a "transcript of a case on appeal is not delivered within 30 days of the date ordered and payment received therefor." The penalty is 20 percent for transcript not delivered within 60 days.

*Original* to Court Reporter. *Copies* to: U.S.C.A. Clerk    Service Copy    District Court Clerk and to    Party / Counsel Ordering Transcript.

September 4, 2014

Octavia Mitchell
10446 South Eberhart
Chicago, Illinois 60628
(773) 329-8939

Tracey McCullough
Court Reporter
Dirksen Federal Building
Room 1426
(312) 435-5570

In re: <u>**Mitchell, et al., vs. City of Chicago, et al.**</u>, No. 11-CV-2741

Dear Ms. McCullough:

Attached hereto is the required Seventh Circuit Transcript Information Sheet, in which, I have completed to the best of my ability. On August 29, 2014, I filed a <u>Notice of Appeal</u> and <u>Docketing Statement</u>. On September 3, 2014, I filed a <u>Motion For Leave To Proceed On Appeal In Forma Pauperis With Supporting Financial Affidavit</u> and that motion is currently awaiting ruling from Judge Sharon Johnson Coleman. I am hopeful that Judge Coleman will allow me to proceed as a poor person with this appeal and then I will request that you waive payment of costs for the transcripts, or alternatively, I will specifically motion Judge Coleman or the Seventh Circuit for an Order waiving the payment of costs for the transcripts. I will incur a tremendous financial hardship if I had to pay for the transcripts, simply because I would have to beg and borrow money from other people and there is monumental uncertainty as to whether such people can accommodate me.

I am representing myself on appeal only because I do not have the financial means to hire a lawyer. My son was unjustly shot and killed by Chicago police officers and I am seeking justice for him and my family.

Please contact me if you have any questions.

Sincerely,

*Octavia Mitchell*

Octavia Mitchell