IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Octavia Mitchell,
  Plaintiff,
-vs-
City of Chicago, Jesse W. Beleher,
and Francisco Gonzalez,
  Defendants,

11-cv-2741

Sharon Johnson Coleman
Judge Presiding

## MOTION FOR APPOINTMENT OF COUNSEL

Now comes, Octavia Mitchell, appearing in her own proper person and respectfully moving the court to use its inherent powers to appoint counsel for plaintiff on appeal.

1. This court previously granted plaintiff forma pauperis status to proceed on appeal as the plaintiff cannot legally represent herself according to the Seventh Circuit's order of February 24, 2016.

—1 of 2—

2. This appeal have merit to it otherwise forma pauperis status would have never been granted to plaintiff.

3. Plaintiff does not have the money to retain counsel for legal representation.

Wherefore, plaintiff respectfully prays that this motion is granted.

Respectfully Submitted
*Octavia Mitchell*
Octavia Mitchell
606 East Woodland Park, Apt. 405
Chicago, Illinois 60616
773-329-8939

-2072-

EXHIBIT "A"

EXHIBIT "A"

IN THE
United States District Court
Northern District of Illinois
Eastern Division

Octavia Mitchell,
       Plaintiff,

-vs-

City of Chicago, Jesse W. Belcher,
And Francisco Gonzalez
       Defendants,

No. 11-CV-2741

Sharon Johnson Coleman
Judge Presiding.

## Proof of Service

I, Octavia Mitchell hereby certify that on June 14, 2016, I caused to serve a copy of the attached motion for appointment of counsel upon:

Jonathan D. Byrer
Assistant Corporation Counsel
30 North LaSalle Street, Suite 800
Chicago, Illinois 60602

By depositing a copy of the above-mentioned motion in the U.S. mails on June 10, 2016, before the hour of 4:00pm bearing sufficient prepaid postage and contained in a sealed envelope properly addressed to the above named Assistant Corporation Counsel.

Respectfully Submitted
Octavia Mitchell
Octavia Mitchell
606 East Woodland Park, Apt. 405
Chicago, Illinois 60616
(773) 329-8939